GARY E. WEISS (STATE BAR NO. 122962)
gweiss@orrick.com
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     +1-650-614-7400
Facsimile:      +1-650-614-7401

WARRINGTON S. PARKER (STATE BAR NO. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1-415-773-5700
Facsimile:      +1-415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  C 08-03468 HRL |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |
| v. | |
| STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOTLZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, | |
| Defendant. | |

1    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2    The undersigned party hereby declines to consent to the assignment of this case to a

3 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

4 this case to a United States District Judge.

5

6 Dated: July 21, 2008                GARY E. WEISS
                                      WARRINGTON S. PARKER
7                                     I. NEEL CHATTERJEE
                                      JULIO C. AVALOS
8                                     Orrick, Herrington & Sutcliffe LLP

9

10                                    /s/ I. Neel Chatterjee /s/
                                      _____
11                                    I. NEEL CHATTERJEE
                                      Attorneys for Plaintiff
12                                    FACEBOOK, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED BEFORE MAGISTRATE
JUDGE; REQUEST FOR REASSIGNMENT TO A U.S.
DISTRICT COURT JUDGE – CASE NO. C 08-03468

1

## **CERTIFICATE OF SERVICE**

2

   I hereby certify that this document(s) filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non registered participants on July 21, 2008
2008.

3

4

5

Dated:  July 21, 2008.                    Respectfully submitted,

6

7
<table>
<tr><td>/s/ I. Neel Chatterjee /s/</td></tr>
<tr><td>I. Neel Chatterjee</td></tr>
</table>

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED BEFORE MAGISTRATE
JUDGE; REQUEST FOR REASSIGNMENT TO A U.S.
DISTRICT COURT JUDGE – CASE NO. C 08-03468