UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Facebook, Inc., | No. C08-03468 |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Studivz, Ltd, et.al., | |
| Defendants. | |
| _____/ | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 4, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **November 7, 2008 at 10:30 a.m..**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on October 31, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: July 22, 2008                                    RICHARD W. WIEKING, Clerk
                                                                      United States District Court

                                                                       /s/ *Patty Cromwell*
                                                                      By: Patty Cromwell, Courtroom Deputy
                                                                      to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

I. Neel Chatterjee     nchatterjee@orrick.com, kmudurian@orrick.com

Warrington S. Parker , III     wparker@hewm.com, Susan.Griffin-Preston@hellerehrman.com

Gary Evan Weiss     gweiss@orrick.com, NAA@orrick.com, rburton@orrick.com, wmoore@orrick.com