1  GARY E. WEISS (STATE BAR NO. 122962)
   gweiss@orrick.com
2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:     +1-650-614-7400
6  Facsimile:     +1-650-614-7401

7  WARRINGTON S. PARKER (STATE BAR NO. 148003)
   wparker@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA  94105-2669
10 Telephone:     +1-415-773-5700
   Facsimile:     +1-415-773-5759
11
   Attorneys for Plaintiff
12 FACEBOOK, INC.

13
14                     UNITED STATES DISTRICT COURT
15                    NORTHERN DISTRICT OF CALIFORNIA
16                           SAN JOSE DIVISION
17
18  FACEBOOK, INC.,                         Case No.  5:08-cv-03468 JF
                    Plaintiff,
19                                          **CERTIFICATION OF INTERESTED
           v.                               ENTITIES OR PERSONS**
20
    STUDIVZ LTD., VERLAGSGRUPPE
21  GEORG VON HOLTZBRINCK GmBH,
    HOTLZBRINCK NETWORKS GmBH,
22  HOLTZBRINCK VENTURES GmBH, and
    DOES 1-25,
23
                    Defendant.
24
25
26
27
28

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1. Facebook, Inc.

Dated: July 24, 2008                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                              /s/ Julio Avalos /s/
                                                                JULIO C. AVALOS
                                                                Attorneys for Plaintiff
                                                                FACEBOOK, INC.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 24, 2008.

Dated: July 24, 2008.

Respectfully submitted,

/s/ Julio Avalos /s/
Julio C. Avalos

OHS West:260481572.1 - 2 - CERTIFICATION OF INTERESTED ENTITIES
CASE NO.: 5:08-CV-03468