| | |
|---|---|
| 1 | GARY E. WEISS (STATE BAR NO. 122962) |
|   | gweiss@orrick.com |
| 2 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
|   | nchatterjee@orrick.com |
| 3 | JULIO C. AVALOS (STATE BAR NO. 255350) |
|   | javalos@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 5 | Menlo Park, CA  94025 |
|   | Telephone:    +1-650-614-7400 |
| 6 | Facsimile:    +1-650-614-7401 |
| 7 | WARRINGTON S. PARKER (STATE BAR NO. 148003) |
|   | wparker@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 9 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 10 | Telephone:    +1-415-773-5700 |
|    | Facsimile:    +1-415-773-5759 |
| 11 | |
| 12 | Attorneys for Plaintiff |
|    | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:08-cv-03468 JF |
| Plaintiff, | |
| v. | |
| STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25, | **PROOF OF SERVICE** |
| Defendant. | |

OHS West:260498404.1                                                                          PROOF OF SERVICE

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On August 26, 2008, I served the within document(s):

1. **WAIVER OF SERVICE OF THE SUMMONS**

| | |
|---|---|
| X | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on August 26, 2008. |
| | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on August 26, 2008. |
| | By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below. |
| | By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

Stephen S. Smith
**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars
21st Floor
Los Angeles, CA 90067
Tel: 310.785.6895
Fax: 310.201.2350
email: ssmith@greenbergglusker.com

**Attorney for Defendants
STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOLTZBRINCK NETWORKS GmBH, HOTZBRINCK VENTURES GmBH**

Executed on August 26, 2008, at Menlo Park, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
ABBY AKO-NAI