1  GARY E. WEISS (STATE BAR NO. 122962)
   gweiss@orrick.com
2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA 94025
   Telephone:   +1-650-614-7400
6  Facsimile:   +1-650-614-7401

7  WARRINGTON S. PARKER (STATE BAR NO. 148003)
   wparker@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
11
   Attorneys for Plaintiff
12 FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25,<br><br>　　　　　Defendant. | Case No. 5:08-cv-03468 JF<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On September 9, 2008, I served the within document(s):

1. **FACEBOOK'S NOTICE OF MOTION AND MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION**
2. **DECLARATION OF JULIO C. AVALOS IN SUPPORT OF MOTION FOR EXPEDITED PERSONAL JURISDICTION DISCOVERY**
3. **[PROPOSED] ORDER AUTHORIZING EXPEDITED PERSONAL JURISDICTION DISCOVERY**
4. **FACEBOOK'S NOTICE OF MOTION AND MOTION TO CHANGE TIME UNDER CIVIL L.R. 6-3**
5. **[PROPOSED] ORDER SHORTENING TIME**

| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
|---|---|

Stephen S. Smith
**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars
21st Floor
Los Angeles, CA 90067
Tel: 310.785.6895
Fax: 310.201.2350
email: ssmith@greenbergglusker.com

**Attorney for Defendants
STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOLTZBRINCK NETWORKS GmBH, HOTZBRINCK VENTURES GmBH**

Executed on September 9, 2008, at Menlo Park, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

ABBY AKO-NAI

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS053088/21/24

SHIP TO: (310)785-6895    **BILL SENDER**
**Stephen S. Smith**
**GREENBERG GLUSKER FIELDS, et al.**
**1900 Avenue Of The Stars Fl 21**

**Los Angeles, CA 900674301**

Ship Date: 09SEP08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 0016069-002005/006399
Invoice #
PO #
Dept #

TRK# 7905 7328 6063
0201

WED - 10SEP    A1
**PRIORITY OVERNIGHT**
DSR

90067
CA-US
LAX



**WZ CIBA**

— FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.