*E-FILED 9/15/2008*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | No. C08-3468 JF (HRL) |
|     Plaintiff,<br>  v. | **ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER SHORTENING TIME** |
| STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH; HOLTZBRINCK NETWORKS GmbH; HOLTZBRINCK VENTURES GmbH, and DOES 1-25, | **[Re: Docket No. 13]** |
|     Defendants. | |

Plaintiff moves for an order shortening time to September 23, 2008 for a hearing on its "Motion for Expedited Discovery re: Personal Jurisdiction" (Docket #11). Defendant Verlagsgruppe Georg von Holtzbrinck GmbH opposes the motion for an expedited hearing. Upon consideration of the moving and responding papers, the motion for an order shortening time is DENIED. Plaintiff's "Motion for Expedited Discovery re: Personal Jurisdiction" will be heard on **October 14, 2008, 10:00 a.m. in Courtroom 2**. Briefing shall proceed in accordance with a normal 35-day calendar under the court's Civil Local Rules.

SO ORDERED.

Dated: September 15, 2008

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-cv-3468 Notice has been electronically mailed to:**

Gary Evan Weiss gweiss@orrick.com, NAA@orrick.com, rburton@orrick.com, wmoore@orrick.com

I. Neel Chatterjee nchatterjee@orrick.com, adalton@orrick.com, kmudurian@orrick.com

Julio Cesar Avalos javalos@orrick.com, aako-nai@orrick.com, adalton@orrick.com

Warrington S. Parker , III wparker@orrick.com

William Mielke Walker wwalker@greenbergglusker.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.