GARY E. WEISS (STATE BAR NO. 122962)
gweiss@orrick.com
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

WARRINGTON S. PARKER (STATE BAR NO. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25,<br><br>Defendant. | Case No. 5:08-cv-03468 JF<br><br>**PROOF OF SERVICE OF SUMMONS AND INITIAL DOCUMENTS ON VERLAGSGRUPPE GEORG VON HOLTZBRINCK, GmBH** |

Dockets.Justia.com

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.<br>　　　PLAINTIFF/PETITIONER<br>VS.<br>STUDIVZ LTD., VERLAGSGRUPPE GEORG VAN HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINK VENTURES Gmbh AND DOES 1-25<br>　　　DEFENDANT/RESPONDENT | CAUSE #: C08 03468 HRL<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

**ABC Legal Services, Inc.**
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 4966289

**ORIGINAL PROOF OF SERVICE**

ORRICK HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025
650 289 7184

Page 1 of 1

# ZUSTELLUNGSZEUGNIS
## CERTIFICATE
## ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify in conformity with article 6 of the Convention.
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention

1. **dass der Antrag erledigt worden ist \*)**
   that the document has been served \*)
   que la demande a été exécutée \*)

- **am (Datum)**       **21.08.2008**
  the (date)
  le (date)

- **in (Ort, Straße, Nummer)**    **Gänsheidestrasse 26**
  at (place, street, number)       **70184 Stuttgart**
  à (localité, rue, numéro)

- **in einer der folgenden Formen nach Artikel 5:**
  in one of the following methods authorised by article 5
  dans une des formes suivantes prévues à l'article 5

a) **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) \*).**
   in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention \*)
   selon les formes légales (article 5, alinéa premier, lettre a) \*)

b) ~~in der folgenden besonderen Form \*):~~
   ~~in accordance with the following particular method \*)~~
   ~~selon la forme particulière suivante \*)~~

c) ~~durch einfache Übergabe \*):~~
   ~~by delivery to the addressee, who accepted it voluntarily \*)~~
   ~~par remise simple \*)~~

**Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:**
The documents referred to in the request have been delivered to
Les documents mentionnés dans la demande ont été remis à

- **(Name und Stellung der Person)    Waltraud Kobsa**
  (identity and description of person)
  identité et qualité de la personne

- **Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:**
  relationship to the addressee (family, business or other)
  liens de parenté, de subordination ou autres, avec le destinataire de l'acte

**Waltraud Kobsa ist im Geschäftsraum beschäftigt (Ersatzzustellung nach § 178 Absatz 1 Nr. 2 Zivilprozessordnung).**

2. ~~**dass der Antrag aus folgenden Gründen nicht erledigt werden konnte \*):**~~
   ~~that the document has not been served, by reason of the following facts \*)~~
   ~~que la demande n'a pas été exécutée, en raison des faits suivants \*)~~

**Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten \*).**
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement \*)
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint \*)

| | |
|---|---|
| **Anlagen**<br>Annexes<br>Annexes | - Klageschrift nebst Anlagen 1 bis 18<br>- Ladung in einem Zivilprozess<br>- Deckblatt für Zivilverfahren<br>- Schreiben des Gerichts vom 23.07.2008 |
| **Zurückgesandte Schriftstücke:**<br>Documents returned<br>Pièces renvoyées: | - ECF-Registrierung Informationsmerkblatt<br>- feste Vorschrift Fallverwaltung in Zivilfällen<br>- feste Vorschrift Inhalt der Erklärung einer festen Fallverwaltung<br>- feste Vorschrift des Richters Howard R. Lloyd für erste Fallverwaltung<br>- Verfügung über Verfahrensregeln zur Vorbereitung vor der Verhandlung<br>- Zertifizierung interessierter Unternehmen oder Personen<br>- Anordnung zur Festlegung der ersten Konferenz<br>-jeweils englisch mit deutscher Übersetzung- |

**Gegebenenfalls Erledigungsstücke:**    **Ausgefertigt in Freiburg i. Br.    am 28.08.2008**
In appropriate cases, documents establishing the service    Done at                                            the
Le cas échéant, les documents justificatifs de l'exécution    Fait à                                             le

**Amtsgericht Freiburg i. Br.**        Unterschrift und/oder Stempel.    **Im Auftrag**
**- Der Präsident -**                  Signature and/or stamp
                                       Signature et/ou cachet



**Butzer**

\*) **Unzutreffendes streichen**
   Delete if inappropriate.
   Rayer les mentions inutiles.

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c)(2)(a) Federal Rules of Civil Procedure | PRASIDENT DES AMTSGERICHTS FREIBURG<br>HOLZMARKT 2<br>79098 FREIBURG |

The undersigned applicant has the honour to transmit–in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
(identity and address)

*Amtsgericht Freiburg — Verwaltung —*
*Eing.: 04. Aug. 2008*

**VERLAGSGRUPPE GEORG VON HOLTZBRINCK, GMBH**
**GANSHEIDESTRASSE 26**
**70184 STUTTGART**
**GERMANY**

DOB:      Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
    SEE ATTACHMENT "A" ATTACHED

Done at Seattle, Washington USA, on Aug 1 2008

Signature and/or stamp

*Rick Hamilton*

PFI PROCESS FORWARDING

TRACKING #: 4966289

USM 94 (Est. 11/22/77)
(formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# FACEBOOK V. STUDIVZ

## REQUEST FOR SERVICE ABROAD OF JUDICIAL AND EXTRA JUDICIAL DOCUMENTS – ATTACHMENT A

List of Documents

1. Civil Cover Sheet
2. Summons in a Civil Action
3. Complaint, including Exhibits 1-18
4. Welcome to the USDC for ND of California, Clerk's Office, San Jose
5. ECF Registration Information Handout
6. Standing Order Regarding Case Management in Civil Cases
7. Standing Order for All Judges of the ND California – Contents of Joint Case Management Statement
8. Magistrate Judge Howard R. Lloyd's Standing Order re: Initial Case Management and Discovery Disputes
9. Standing Order re Pretrial Preparation
10. Certificate of Interested Entities or Persons