GARY E. WEISS (State Bar No. 122962)
  gweiss@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
  javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

WARRINGTON S. PARKER (State Bar No. 148003)
  wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH AND DOES 1-25,<br><br>Defendants. | Case No. 5:08-cv-03468 JF<br><br>**DECLARATION OF WARRINGTON S. PARKER IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 REQUESTING THAT THE COURT SET A STATUS CONFERENCE FOR OCTOBER 3, 2008 OR AS SOON THEREAFTER AS IS POSSIBLE**<br><br>Room: Courtroom 3, 5th Floor<br>Judge: Honorable District Judge Jeremy Fogel |

I, Warrington S. Parker, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Plaintiff Facebook, Inc. I make this Declaration in support of Facebook's Motion for Administrative Relief Pursuant to Civil L.R. Requesting that the Court Set a Status Conference for October 3, 2008. I am an active member in good standing of the California State Bar. Except as set forth herein, I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

2. Facebook sent a cease and desist letter to Defendants on July 9, 2008. In response, StudiVZ sent a letter dated July 18, 2008, asserting that this Court did not have personal jurisdiction over it and warning that it would file a motion to dismiss on those and other grounds.

3. Attached as Exhibit A is a true and correct copy of Defendants' letter of July 18, 2008.

4. Attached as Exhibit B is a true and correct copy of Facebook's letter of September 3, 2008.

5. Attached as Exhibit C is a true and correct copy of Defendants' letter of September 4, 2008.

6. Attached as Exhibit D is a true and correct copy of the proof of service of Verlagsgruppe Georg von Holtzbrinck..

7. Attached as Exhibit E is a true and correct copy of Defendants' letter of August 25, 2008.

8. Attached as Exhibit F is a true and correct copy of Facebook's letter of July 24, 2008.

9. Attached as Exhibit G is a true and correct copy of a September 2, 2008 email from counsel for Defendants.

10. Attached as Exhibit H is a true and correct copy of Defendants' letter of September 18, 2008.

11. Attached as Exhibit I is a true and correct copy of Facebook's letter of September 19, 2008.

12. Attached as Exhibit J is a true and correct copy of Defendants' letter of September 24, 2008.

13. On August 28, Julio Avalos had a conversation with Mr. Smith. Mr. Avalos reported that Defendants would challenge this Court's personal jurisdiction over StudiVZ. Mr. Smith also stated that he and his clients were amenable to engaging in discovery on the personal jurisdiction issue. He further stated that additional conferring was required in order to fix the scope and timeline for such discovery. Mr. Avalos attested to this conversation in his declaration filed on September 9, 2008 that he filed in support of Facebook's Motion for Expedited Discovery on Personal Jurisdiction. *See* Dkt. 11. A copy of that declaration, without exhibits, is attached as Exhibit K.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of September, at Menlo Park, California.

/s/ Warrington S. Parker /s/
Warrington S. Parker

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 25, 2008.

Dated: September 25, 2008.					Respectfully submitted,

							  /s/ Warrington S. Parker /s/
							      Warrington S. Parker