| | |
|---|---|
| 1 | GARY E. WEISS (STATE BAR NO. 122962) |
| | gweiss@orrick.com |
| 2 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 3 | JULIO C. AVALOS (STATE BAR NO. 255350) |
| | javalos@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 5 | Menlo Park, CA 94025 |
| | Telephone: +1-650-614-7400 |
| 6 | Facsimile: +1-650-614-7401 |
| 7 | WARRINGTON S. PARKER (STATE BAR NO. 148003) |
| | wparker@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 9 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 10 | Telephone: +1-415-773-5700 |
| | Facsimile: +1-415-773-5759 |
| 11 | |
| 12 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-03468 JF |
| Plaintiff, | **[PROPOSED] ORDER SETTING STATUS CONFERENCE FOR OCTOBER 3, 2008 OR AS SOON AS THEREAFTER IS POSSIBLE** |
| v. | |
| STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25, | Date: TBD<br>Time: _____ a.m.<br>Room: Courtroom 2, 5th Floor<br>Judge: Honorable Magistrate Judge Howard R. Lloyd, for Discovery Purposes |
| Defendant. | |

| | |
|---|---|
| 1 | The Court, having considered Plaintiff's Motion For Administrative Relief |
| 2 | Requesting A Status Conference For October 3, 2008, the Declaration of Warrington S. Parker In |
| 3 | Support Thereof, exhibits submitted therewith, and the records on file in this action, hereby orders |
| 4 | as follows: |
| 5 | IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. |
| 6 | IT IS FURTHER ORDERED that: |
| 7 | A Status Conference in this matter is hereby set for October 3, 2008. |
| 8 | IT IS SO ORDERED. |
| 9 | Dated: |
| 10 | Honorable Howard R. Lloyd<br>United States Magistrate Judge |