GARY E. WEISS (STATE BAR NO. 122962)
gweiss@orrick.com
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

WARRINGTON S. PARKER (STATE BAR NO. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25, <br><br> Defendant. | Case No. 5:08-cv-03468 JF <br><br> Assigned To: Hon. Jeremy Fogel <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE RE: VERLAGSGRUPPE GEORG VON HOLTZBRINCK, GMBH** <br><br> Judge: Honorable Judge Jeremy Fogel <br><br> Complaint Filed: July 18, 2008 |

OHS West:260523130.1

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
CASE NO.: 5:08-CV-03468

IT IS HEREBY STIPULATED and agreed by and between Facebook, Inc. and defendant Verlagsgruppe Georg von Holtzbrinck GmbH ("VGH"), through their respective counsel, that the above action be dismissed as to VGH, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own attorneys' fees and costs.

Dated: September 30, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
WARRINGTON S. PARKER
Attorneys for Plaintiff
FACEBOOK, INC.

Dated: September 30, 2008

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

_____
WILLIAM M. WALKER
Attorneys for Defendants
VERLAGSGRUPPE GEORG VON HOLTZBRINCK GMBH, HOLTZBRINCK NETWORKS GMBH AND HOLTZBRINCK VENTURES GMBH