GARY E. WEISS (STATE BAR NO. 122962)
gweiss@orrick.com
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:     +1-650-614-7400
Facsimile:     +1-650-614-7401

WARRINGTON S. PARKER (STATE BAR NO. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1-415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-cv-03468 JF |
| Plaintiff, | Assigned To: Hon. Jeremy Fogel |
| v. | **WITHDRAWAL OF REQUEST FOR STATUS CONFERENCE** |
| STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH, HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25, | Judge:   Honorable Judge Jeremy Fogel |
| Defendant. | Complaint Filed:   July 18, 2008 |

1  FACEBOOK, INC. HEREBY WITHDRAWS its Motion for Administrative

2  Relief Pursuant to Civil L.R. 7-11 Requesting That The Court Set a Status Conference for

3  October 3, 2008 filed September 25, 2008.

4

5  Dated: September 30, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

6

7                                                        /s/
                                              WARRINGTON S. PARKER
8                                                Attorneys for Plaintiff
                                                  FACEBOOK, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28