GARY E. WEISS (State Bar No. 122962)
gweiss@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

WARRINGTON S. PARKER (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH AND DOES 1-25, <br><br> Defendants. | Case No. 5:08-cv-03468 JF <br><br> Assigned To: Honorable Judge Jeremy Fogel <br><br> **PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF:** <br><br> **(1) DECLARATION OF JULIO C. AVALOS IN SUPPORT OF PLAINTIFF'S REPLY RE: PLAINTIFF'S MOTION FOR EXPEDITED PERSONAL JURISDICTION DISCOVERY AND EXHIBITS ATTACHED THERETO** <br><br> Date: October 14, 2008 <br> Time: 10:00 a.m. <br> Room: Courtroom 2, 5th Floor <br> Judge: Honorable Magistrate Judge Howard R. Lloyd, for Discovery Purposes |

PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO.: 5:08-CV-03468

Pursuant to Civil L.R. 7-11 and 79-5(c), Plaintiff Facebook, Inc. respectfully submits this administrative motion asking the Court to file under seal portions of the Declaration of Julio C. Avalos and Exhibits in Support Thereof ("Avalos Declaration").

The parties have not yet entered into a Protective Order in this matter, though they have scheduled a Rule 26 conference during which they will do so.

Good cause exists for sealing certain narrowly tailored portions of the Avalos Declaration. In light of the high profile nature of this case and extensive media coverage that it has received, together with prior confidentiality agreements entered into between the parties that remain in force, Plaintiffs request that paragraph 22 of the Avalos Declaration, together with Exhibit I attached thereto, be filed under seal and redacted from the public record. The proposed redactions are narrowly tailored to cover only a single paragraph and accompanying exhibit which discuss confidential information.

Dated: September 30, 2008　　　　　　　　JULIO C. AVALOS
　　　　　　　　　　　　　　　　　　　　Orrick, Herrington & Sutcliffe LLP

　　　　　　　　　　　　　　　　　　　　　/s/ Julio C. Avalos /s/
　　　　　　　　　　　　　　　　　　　　JULIO C. AVALOS
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　FACEBOOK, INC.

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 30, 2008.

Dated: September 30, 2008.                    Respectfully submitted,

                                              /s/ Julio C. Avalos /s/
                                              Julio C. Avalos