| | |
|---|---|
| 1 | GARY E. WEISS (State Bar No. 122962)<br>　gweiss@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985)<br>　nchatterjee@orrick.com |
| 3 | JULIO C. AVALOS (STATE BAR NO. 255350)<br>　javalos@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 5 | Menlo Park, CA  94025<br>Telephone:　650-614-7400 |
| 6 | Facsimile:　650-614-7401 |
| 7 | WARRINGTON S. PARKER  (State Bar No. 148003)<br>　wparker@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street |
| 9 | San Francisco, CA  94105<br>Telephone:　415-773-5700 |
| 10 | Facsimile:　415-773-5759 |
| 11 | Attorneys for Plaintiff<br>FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH AND DOES 1-25,<br><br>　　　　　　Defendants. | Case No.  5:08-cv-03468 JF<br><br>**DECLARATION OF JULIO C. AVALOS PURSUANT TO CIVIL L.R. 7-11 AND 79-5(B) IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF:**<br><br>**(1) DECLARATION OF JULIO C. AVALOS IN SUPPORT OF PLAINTIFF'S REPLY RE: PLAINTIFF'S MOTION FOR EXPEDITED PERSONAL JURISDICTION DISCOVERY AND EXHIBITS ATTACHED THERETO**<br><br>Date:　October 14, 2008<br>Time:　10:00 a.m.<br>Room:　Courtroom 2, 5th Floor<br>Judge:　Honorable Magistrate Judge<br>　　　　Howard　R. Lloyd, for<br>　　　　Discovery Purposes |

OHS West:260523409.3　　　　　　　　　　　　　　　　　　DECLARATION OF JULIO C. AVALOS IN SUPPORT OF
MOTION FOR EXPEDITED PERSONAL
JURISDICTION DISCOVERY

Julio C. Avalos, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Plaintiff Facebook, Inc. I am an active member in good standing of the California State Bar. Except as noted otherwise herein, I have personal knowledge of the facts stated and if called as a witness, could and would competently testify thereto. I make this Declaration pursuant to Civil L.R. 7-11 and 79-5(b).

2. Good cause exists for sealing certain portions of the Declaration of Julio C. Avalos In Support of Plaintiff's Reply Re: Expedited Personal Jurisdiction Discovery and exhibits attached thereto ("Avalos Declaration").

3. No protective order has as yet been entered into in this matter. However, the parties have scheduled a Rule 26 conference for October 10, 2008 during which the terms of such an order will be addressed.

4. The Avalos Declaration contains, makes reference to, and attaches confidential information that is subject to a prior confidentiality agreement entered into by the parties to the this litigation. In light of the high profile nature of this case and the extensive media coverage it has received, Plaintiffs request that paragraph 22 of the Avalos Declaration, together with Exhibit I attached thereto, be filed under seal and be redacted from the public record. The proposed redactions are narrowly tailored to cover only a single paragraph and accompanying exhibit which discuss confidential information.

5. This Administrative Motion is being made pursuant to Civil L.R. 79-5, which requires a Court order to seal documents and does not permit sealing by stipulation.

I declare the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of September, at Menlo Park, California.

/s/ Julio C. Avalos /s/
Julio C. Avalos

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 30, 2008.

Dated: September 30, 2008.                    Respectfully submitted,

                                              /s/ Julio C. Avalos /s/
                                              Julio C. Avalos