STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
Verlagsgruppe Georg von Holtzbrinck GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25,<br><br>    Defendants. | Case No. 5:08-CV-03468 JF<br><br>Assigned To: Hon. Jeremy Fogel<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS OF VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH FOR LACK OF PERSONAL JURISDICTION**<br><br>Date: October 31, 2008<br>Time: 9:00 a.m.<br>Dept./Place: Courtroom 3<br><br>Complaint Filed: July 18, 2008 |

37106-00002/1658336.1

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Facebook, Inc. v. Studivz, Ltd et al    Doc. 34

Dockets.Justia.com

TO THE HONORABLE JEREMY FOGEL, PLAINTIFF FACEBOOK, INC., AND PLAINTIFF'S COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, because plaintiff Facebook, Inc. and Verlagsgruppe Georg von Holtzbrinck GmbH ("VGH") have stipulated to dismiss VGH from this case without prejudice (Docket No. 27), pursuant to Local Rule 7-7, VGH hereby withdraws without prejudice its MOTION TO DISMISS OF VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH FOR LACK OF PERSONAL JURISDICTION, which was calendared for hearing before Judge Fogel on October 31, 2008 at 9:00 a.m.

DATED: October 2, 2008

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: /s William M. Walker
WILLIAM M. WALKER
Attorneys for Defendant Verlagsgruppe
Georg von Holtzbrinck GmbH