**\*E-FILED 10/14/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH; HOLTZBRINCK NETWORKS GmbH; HOLTZBRINCK VENTURES GmbH, and DOES 1-25, <br><br> Defendants. | No. C08-03468 JF (HRL) <br><br> **ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO SEAL** <br><br> **[Re: Docket No. 30]** |

Plaintiff requests sealing as to Exhibit I and certain portions of the "Supplemental Declaration of Julio C. Avalos in Support of Reply to Defendants' Opposition to Facebook's Motion for Expedited Jurisdictional Discovery" (Docket #32). The declaration and exhibit in question were submitted in support of plaintiff's discovery motion which has since been withdrawn. Accordingly, plaintiff's motion to seal these documents is deemed moot.

If plaintiff wishes to retrieve the documents submitted for sealing, this court will hold them for three (court) days from the date of this order. If the documents are not retrieved, the court will dispose of them. *See* CIV. L.R. 79-5(e). If plaintiff intends to retrieve its documents,

1 | it should notify this court's chambers in advance.

2 | Dated: October 14, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**5:08-cv-3468 Notice has been electronically mailed to:**

Gary Evan Weiss gweiss@orrick.com, NAA@orrick.com, rburton@orrick.com, wmoore@orrick.com

I. Neel Chatterjee nchatterjee@orrick.com, adalton@orrick.com, kmudurian@orrick.com

Julio Cesar Avalos javalos@orrick.com, aako-nai@orrick.com, adalton@orrick.com

Warrington S. Parker , III wparker@orrick.com

William Mielke Walker wwalker@greenbergglusker.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.