# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Facebook, Inc.

                Plaintiff(s),

v.

studiVZ, Ltd., Holtzbrinck Networks
GmbH, Holtzbrinck Ventures GmbH,
                Defendant(s).

_____/

Case No.  5:08-cv-03468 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

**(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Facebook, Inc. v. Studivz, Ltd et al

Dated: 10/21/2008     Doc. 40

                    All defendants
                    [Party]

Dated: 10/21/2008

                    /s William M. Walker
                    [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev. 12/05

Dockets.Justia.com