STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
Holtzbrinck Networks GmbH, Holtzbrinck
Ventures GmbH and StudiVZ Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, <br><br> Defendant. | Case No. 5:08-CV-03468 JF <br><br> Assigned To: Hon. Jeremy Fogel <br><br> **DECLARATION OF KLAUS IKAS IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND *FORUM NON CONVENIENS*** <br><br> [Notice of Motions and Motions and (Proposed) Order Filed Concurrently Herewith] <br><br> Date: February 13, 2009 <br> Time: 9:00 a.m. <br> Dept./Place: Courtroom 3 <br><br> Complaint Filed: July 18, 2008 |

37106-00002/1660125.1

DECL. OF KLAUS IKAS IN SUPPORT OF MOTION TO DISMISS

# DECLARATION OF KLAUS IKAS

I, KLAUS IKAS, declare:

1. The facts set forth in this declaration are personally known to me and I have firsthand knowledge thereof. If called as a witness, I could and would testify competently to the facts set forth herein under oath.

2. I am an attorney duly licensed to practice law in Germany. My law firm is currently and has been since 2006 outside counsel of defendant StudiVZ Ltd. ("StudiVZ") in Germany. As StudiVZ's attorney, I have access to StudiVZ's legal files relating to its dispute with Facebook, Inc. ("Facebook").

3. Attached hereto as Exhibit A is a true and correct copy of a demand letter that StudiVZ received from Facebook, dated June 8, 2006, along with a certified English translation of that letter.

4. Attached hereto as Exhibit B is a true and correct copy of a demand letter that StudiVZ's then-outside counsel received from Facebook, dated January 3, 2007, along with a certified English translation of that letter.

5. I am currently counsel of record for StudiVZ in an action that was filed by StudiVZ against Facebook, Inc. on July 18, 2008 at the Landgericht (District Court) Stuttgart, seeking a declaratory judgment that StudiVZ does not infringe or violate any of Facebook's rights (case number: 17 O 423/08) (the "German Action"). A true and correct copy of the complaint in that action, along with a certified translation of that action into English, is attached hereto as Exhibit C. While Defendants Holtzbrinck Networks GmbH and Holtzbrinck Ventures GmbH are not plaintiffs in the German Action, as they had nothing to do with the creation of StudiVZ, Facebook would be able to file a counterclaim against StudiVZ and join Networks and Ventures as parties in the German Action if Facebook believes

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

that they should be held jointly and severally liable for any of the alleged violations of copyright and trademark infringement or unfair competition.

6. Facebook has appeared in the German Action to request extensions of time to respond to the complaint and a continuance of the trial date in that action. The requests for extensions of time to respond to the complaint were granted, in part. The request to continue the trial was denied. Accordingly, Facebook's response to the complaint is currently due November 19, 2008, and the trial is scheduled to begin on December 16, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of October, 2008, at Stuttgart, Germany.

_____
Klaus Ikas