1 that they should be held jointly and severally liable for any of the alleged violations

2 of copyright and trademark infringement or unfair competition.

3 6. Facebook has appeared in the German Action to request extensions of

4 time to respond to the complaint and a continuance of the trial date in that action.

5 The requests for extensions of time to respond to the complaint were granted, in

6 part. The request to continue the trial was denied. Accordingly, Facebook's

7 response to the complaint is currently due November 19, 2008, and the trial is

8 scheduled to begin on December 16, 2008.

9 I declare under penalty of perjury under the laws of the United States of

10 America that the foregoing is true and correct.

11 Executed on this 22nd day of October, 2008, at Stuttgart, Germany.

12

13 _____
Klaus Ikas

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Facebook, Inc. v. Studivz, Ltd et al     Doc. 44

37106-00002/1660125.1                    2

DECL. OF KLAUS IKAS IN SUPPORT OF MOTION TO DISMISS

Dockets.Justia.com