STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants
Holtzbrinck Networks GmbH, Holtzbrinck
Ventures GmbH and StudiVZ Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, <br><br> Defendant. | Case No. 5:08-CV-03468 JF <br> Assigned To: Hon. Jeremy Fogel <br><br> **DECLARATION OF STEPHEN S. SMITH IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND *FORUM NON CONVENIENS*** <br><br> [Notice of Motions and Motions and (Proposed) Order Filed Concurrently Herewith] <br><br> Date: February 13, 2009 <br> Time: 9:00 a.m. <br> Dept./Place: Courtroom 3 <br><br> Complaint Filed: July 18, 2008 |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 900674590

37106-00002/1661199.1

DECLARATION OF STEPHEN S. SMITH IN SUPPORT OF MOTION TO DISMISS

Dockets.Justia.com

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

# DECLARATION OF STEPHEN S. SMITH

I, Stephen S. Smith declare:

1.     I am an attorney at law duly licensed to practice in the State of California, and am a partner at Greenberg Glusker Fields Claman & Machtinger LLP, counsel of record for defendants Holtzbrinck Networks GmbH ("Networks"), Holtzbrinck Ventures GmbH ("Ventures") and StudiVZ, Ltd. ("StudiVZ") (collectively "Defendants") in this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto under oath.

2.     Attached hereto as Exhibit "D" is a true and correct copy of a July 9, 2008 demand letter written by Facebook's counsel, Orrick, which I received.

3.     Attached hereto as Exhibit "E" is a true and correct copy of an October 9, 2008 letter written by Orrick, which I received.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California on October 22, 2008.

/s Stephen S. Smith
_____
Stephen S. Smith
