STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants
StudiVZ Ltd., Holtzbrinck Networks GmbH,
and Holtzbrinck Ventures GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25,<br><br>          Defendants. | Case No. 5:08-CV-03468 JF<br><br>Assigned To: Honorable Jeremy Fogel<br><br>**JOINT STIPULATION RE: DEADLINES FOR PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FOR *FORUM NON CONVENIENS* AND DEFENDANTS' REPLY PAPERS THERETO**<br><br>Complaint Filed: July 18, 2008 |

Facebook, Inc. v. Studivz, Ltd et al
Doc. 44
Dockets.Justia.com

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1    Plaintiff Facebook, Inc. ("Facebook"), on the one hand, and defendants

2    StudiVZ Ltd., Holtzbrinck Networks GmbH and Holtzbrinck Ventures GmbH

3    (collectively, "Defendants"), on the other hand, by and through their respective

4    attorneys of record, stipulate and agree to the following:

5
        1.    On or before Friday, January 16, 2009, Facebook will file and
6
     serve its Oppositions to Defendants' Motions to Dismiss for Lack of Personal
7
     Jurisdiction Or, In the Alternative, For *Forum Non Conveniens* which were e-filed
8
     with the Court on October 22, 2008; and
9

10        2.    On or before Friday, January 30, 2009, Defendants will file their

11   reply papers to Facebook's Oppositions to Defendants' motions.

12

13       Accordingly, the parties respectfully request that the Court approve the

14   stipulation.

15
     DATED:  October 23, 2008          GREENBERG GLUSKER FIELDS
16                                      CLAMAN & MACHTINGER LLP

17

18                                      By:_____/s Stephen S. Smith____
                                        STEPHEN S. SMITH (SBN 166539)
19                                      Attorneys for Defendants StudiVZ
                                        Ltd., Holtzbrinck Networks GmbH,
20                                      and Holtzbrinck Ventures GmbH

21
     DATED:  October 23, 2008          ORRICK, HERRINGTON &
22                                      SUTCLIFFE LLP

23

24                                      By:_____/s Warrington S. Parker____
                                        WARRINGTON S. PARKER
25                                      Attorneys for Plaintiff FACEBOOK,
                                        INC.
26

27

28