# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, November 7, 2008          Time (mins): 3
**Case Number:** CV-08-3468-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**              **FACEBOOK  V. STUDIVZ, LTD, ET AL**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **Attorneys Present:  Warrington Parket, Annette Hurst** | **Attorneys Present: Stephen Smith** |

---

PROCEEDINGS:

   Case management conference held.  Parties are present. The Court adopts the proposed
case schedule.  The case is set for jury trial on 11/30/09 at 9:00 a.m., pretrial conference on
on 11/20/09 at 11:00 a.m., and for further case management conference on 2/13/09 at 9:00 a.m.,
to be heard with the motions.