```
                UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

                     SAN JOSE DIVISION


  FACEBOOK, INC.,             )  CV-08-3468-JF
                              )
           PLAINTIFF,          )  SAN JOSE, CALIFORNIA
                              )
  VS.                         )
                              )  NOVEMBER 7, 2008
  STUDIVZ, LTD, ET AL,        )
                              )
           DEFENDANT.         )  PAGES 1-5
  _____)



              TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE JEREMY FOGEL
            UNITED STATES DISTRICT JUDGE


  A P P E A R A N C E S:


  FOR THE PLAINTIFF:   ORRICK, HERRINGTON & SUTCLIFEE
  FACEBOOK             BY:  ANNETTE HURST
                            WARRINGTON PARKER
                       THE ORRICK BUILDING
                       405 HOWARD STREET
                       SAN FRANCISCO , CA 94105




  FOR THE DEFENDANT:   GREENBERG GLUSKER
  STUDIVZ              BY:  STEPHEN SMITH
  HOLTZBRINCK NETWORKS 1900 AVENUE OF THE STARS
  HOLTZBRINCK VENTURES SUITE 2100
                       LOS ANGELES, CA 90067




  OFFICIAL COURT REPORTER: SUMMER CLANTON, CSR,
                           CERTIFICATE NUMBER 13185

                                                    1
```

| | |
|---|---|
| 1 | SAN JOSE, CALIFORNIA           NOVEMBER 7, 2008 |
| 2 | P R O C E E D I N G S |
| 3 | (WHEREUPON, COURT CONVENED AND THE |
| 4 | FOLLOWING PROCEEDINGS WERE HELD:) |
| 5 | THE COURT: FACEBOOK VERSUS STUDIVZ, |
| 6 | LIMITED. |
| 7 | MS. HURST: GOOD MORNING, YOUR HONOR. |
| 8 | ANNETTE HURST AND WARRINGTON PARKER FROM |
| 9 | ORRICK HERRINGTON & SUTCLIFFE. |
| 10 | MR. SMITH: GOOD MORNING, YOUR HONOR. |
| 11 | STEPHEN SMITH SPECIALLY APPEARING FOR THE |
| 12 | DEFENDANTS STUDIVZ LIMITED, HOLTZBRINCK NETWORKS |
| 13 | GMBH, AND HOLTZBRINCK VENTURES, GMBH. |
| 14 | THE COURT: IS THERE A MOTION SET? OH, |
| 15 | I'M SORRY -- I SEE FROM MY NOTES THERE IS A MOTION |
| 16 | SET FOR FEBRUARY 13TH. |
| 17 | MR. SMITH: YES, YOUR HONOR. |
| 18 | THE COURT: AND THAT GOES TO THE COURT'S |
| 19 | JURISDICTION OVER THE CASE AND THE DEFENDANTS? |
| 20 | MS. HURST: JUST OVER THE PARTIES; YES, |
| 21 | YOUR HONOR. |
| 22 | THE COURT: RIGHT. |
| 23 | IS THERE ANYTHING THAT CAN BE DONE BEFORE |
| 24 | THAT MOTION IS DETERMINED? |
| 25 | MS. HURST: YES, YOUR HONOR. |

1    WE'VE SERVED DISCOVERY, AND IT IS OUR VIEW
2    THAT THAT SHOULD PROCEED IN THE MEANTIME,
3    PARTICULARLY IN THE NINTH CIRCUIT AND ITS VIEW THAT
4    WE WOULD BE ENTITLED TO JURISDICTIONAL DISCOVERY.
5           WE'VE BEEN MEETING AND CONFERRING
6    REGARDING THE SCOPE OF PROTECTIVE ORDER ISSUES AND
7    I THINK WE'VE COME TO AT LEAST SOME INITIAL
8    AGREEMENT ON THAT, I HOPE, HERE THIS MORNING.
9           AND YOUR HONOR, WE WOULD LIKE TO SET
10   DATES IN THIS CASE BECAUSE WE'RE CONCERNED ABOUT A
11   PATTERN OF STALLING, IF YOU WILL; SO RESPECTFULLY,
12   WE WOULD REQUEST THAT THE COURT SET DATES.
13          IF THE DEFENDANTS ARE SUCCESSFUL IN
14   GETTING THEMSELVES DISMISSED, THOSE DATES WOULD
15   BECOME MOOT, BUT WE WOULD LIKE TO KEEP THE CASE
16   MOVING FORWARD IN THE MEANTIME.
17          THE COURT: OKAY.
18          WELL, APART FROM THE QUESTION OF WHETHER
19   THE COURT WILL ULTIMATELY HAVE JURISDICTION, IS THE
20   SCHEDULE PLAINTIFFS PROPOSED REALISTIC?
21          MR. SMITH: ASSUMING OUR MOTIONS TO
22   DISMISS ARE DENIED, YES.
23          THE COURT: OKAY. WITHOUT PREJUDICE TO
24   THAT MOTION, AND CERTAINLY NOT CONCEDING ANYTHING
25   BY THIS, I'LL ADOPT THE DATES THAT PLAINTIFF

1    PROPOSED AND THEN WE CAN SEE WHAT HAPPENS ON THE
2    13TH OF FEBRUARY.
3            SO I WILL SET A CMC TO FOLLOW THE HEARING
4    ON THE MOTION, AND IN THE MEANTIME WE WILL
5    PROVISIONALLY, WITHOUT PREJUDICE, ADOPT PLAINTIFF'S
6    SCHEDULE.
7            MR. SMITH:  JUST FOR THE RECORD, I DENY
8    THAT WE WERE STALLING.
9            THE COURT:  I CAN'T IMAGINE WHY I WOULD
10   DO THAT -- BUT NO, I UNDERSTAND.  AND OBVIOUSLY, IF
11   YOU HAVE A FOREIGN CORPORATION, THERE'S ISSUES
12   ABOUT THAT.
13           MS. HURST:  THANK YOU, YOUR HONOR.
14           MR. SMITH:  THANK YOU VERY MUCH
15   YOUR HONOR.
16           (WHEREUPON, THE PROCEEDINGS IN THIS
17   MATTER WERE CONCLUDED.)
18
19
20
21
22
23
24
25

```
 1    STATE OF CALIFORNIA    )
 2                           ) SS:
 3    COUNTY OF SANTA CLARA  )
 4
 5            I, THE UNDERSIGNED OFFICIAL COURT
 6    REPORTER OF THE UNITED STATES DISTRICT COURT FOR
 7    THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH
 8    FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
 9    CERTIFY:
10            THAT THE FOREGOING TRANSCRIPT,
11    CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND
12    CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS
13    SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS
14    HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED
15    TRANSCRIPTION TO THE BEST OF MY ABILITY.
16
17    {_____}
18      SUMMER A. CLANTON
19      OFFICIAL REPORTER, CSR NO. 13185
20
21
22
23
24
25
```