1   I. NEEL CHATTERJEE (SBN 173985)
nchatterjee@orrick.com
2   JULIO C. AVALOS (SBN 255350)
javalos@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
4   1000 Marsh Road
Menlo Park, CA 94025
5   Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

STEPHEN S. SMITH (SBN 166539)
ssmith@greenbergglusker.com
WILLIAM M. WALKER (SBN 145559)
wwalker@greenbergglusker.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: +1-310-553-3610
Fax: +1-310-553-0687

Attorneys For Defendants STUDIVZ, LTD., HOLTZBRINCK NETWORKS GMBH, HOLTZBRINCK VENTURES GMBH

ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., HOLTZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, and DOES 1-25, <br><br> Defendant. | Case No. 5:08-cv-03468 JF <br><br> **STIPULATION FOR [PROPOSED] PROTECTIVE ORDER** |

1     WHEREAS, the parties to this action, Plaintiff Facebook, Inc. ("Facebook") and
2 Defendants StudiVZ Ltd., Holtzbrinck Networks GmBH and Holtzbrinck Ventures GmBH
3 (collectively the "StudiVZ Defendants") agree that good cause exists for a Protective Order
4 protecting the confidentiality of discovery material produced by each side in this action;
5     WHEREAS, a disagreement exists between the parties regarding restrictions on the use of
6 confidential information produced in this matter, specifically, whether discovery obtained in this
7 litigation may be used in connection with other actions between the parties (herein referred to as
8 the "Dispute");
9     WHEREAS, Defendants have noticed a motion for protective order set for hearing on
10 December 9 in part concerning the Dispute;
11    WHEREAS, the parties wish to avoid delay in discovery pending resolution by the Court
12 of the Dispute;
13    WHEREAS, in order to avoid such delay, the parties have agreed to stipulate to a form of
14 Protective Order based on the Court's default form of order in the interim without prejudice to
15 either side's position relating to the Dispute and without altering any pre-existing burdens of
16 proof with regard to the scope of restrictions on confidential information produced in discovery in
17 this action;
18    NOW THEREFORE, the parties hereby stipulate and agree to the foregoing points and
19 request that the Court enter the Stipulated [Proposed ] Protective Order submitted herewith on the
20 foregoing terms.
21    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
22    I, Annette L. Hurst, am the ECF User whose identification and password are being used to
23 file this **STIPULATION FOR [PROPOSED] PROTECTIVE ORDER**.  Pursuant to General
24 Order 45.X.B., I hereby attest that Stephen S. Smith, counsel for **Defendants**, has concurred in
25 this filing.

| | | |
|---|---|---|
| 1 | Dated: November 21, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | /s/ Annette L. Hurst /s/ |
| 4 | | ANNETTE L. HURST<br>Attorneys for Plaintiff<br>FACEBOOK, INC. |
| 5 | Dated: November 21, 2008 | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP |
| 6 | | |
| 7 | | |
| 8 | | /s/ Stephen S. Smith /s/ |
| 9 | | STEPHEN S. SMITH<br>ATTORNEYS FOR DEFENDANTS |

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 21, 2008.

Dated: November 21, 2008.          Respectfully submitted,

                                            /s/ Annette L. Hurst /s/
                                              Annette L. Hurst