1  STEPHEN S. SMITH (SBN 166539)
   SSmith@GreenbergGlusker.com
2  WILLIAM M. WALKER (SBN 145559)
   WWalker@GreenbergGlusker.com
3  AARON J. MOSS (SBN 190625)
   AMoss@GreenbergGlusker.com
4  GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP
5  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067-4590
6  Telephone: 310.553.3610
   Fax: 310.553.0687
7
   Attorneys for Defendants studiVZ Ltd.,
8  Holtzbrinck Networks GmbH, and
   Holtzbrinck Ventures GmbH
9

10

                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13

14  FACEBOOK, INC.,                       Case No. 5:08-CV-03468 JF
                                          Assigned To: Hon. Jeremy Fogel
15              Plaintiff,
                                          **DECLARATION OF DR. ANTON G.**
16  v.                                    **MAURER IN SUPPORT OF**
                                          **DEFENDANTS' MOTION FOR**
17  STUDIVZ LTD., , HOLTZBRINCK           **PROTECTIVE ORDER; EXHIBIT O**
    NETWORKS GmbH,
18  HOLTZBRINCK VENTURES                  [Reply Memorandum of Points and
    GmbH, and DOES 1-25,                  Authorities; Supplemental Declaration of
19                                        Stephen S. Smith (with Exhibits D-N);
                Defendants.               and Evidentiary Objections Filed
20                                        Concurrently]

21                                        Date:        December 9, 2008
                                          Time:        10:00 a.m.
22                                        Dept./Place: Courtroom 2, 5th Floor
                                                       Hon. Howard R. Lloyd
23

24

25

26

27

28

37106-00002/1666123.3

DECLARATION OF DR. ANTON G. MAURER IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900Avenue of the Stars, 21st Floor
Los Angeles, California 900674590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

# DECLARATION OF DR. ANTON G. MAURER

I, Dr. Anton G. Maurer, declare:

1.      I am an attorney at law duly licensed to practice law in Germany, and I am in good standing with my local bar, which is the bar of Stuttgart, Germany.  I am a partner with CMS Hasche Sigle, the largest German law firm, and my office is located at Schoettlestrasse 8, 70597 Stuttgart, Germany.  I am counsel of record for StudiVZ Ltd. in the action pending as case no. 17 O 423/08 in the *Landgericht Stuttgart* (district court Stuttgart) in Stuttgart, Germany that was brought by StudiVZ Ltd. against Facebook, Inc. (the "German Action").  I have been practicing law since 1982 and have represented German and foreign clients in corporate and commercial disputes, among others, in the *Landgericht Stuttgart* and *Oberlandesgericht Stuttgart* (Stuttgart court of appeal).  From April 1984 through March 1985, I worked as a foreign lawyer with the law firm of Johnson & Swanson in Dallas, Texas.  On May 17, 2009, I will graduate with an LL.M. in U.S. and Global Business Law from Suffolk University, located in Boston, Massachusetts.  I make this declaration in support of the Reply Memorandum of Points and Authorities in support of the Motion for Protective Order brought by Defendants StudiVZ Ltd., Holtzbrinck Networks GmbH, and Holtzbrinck Ventures GmbH ("Defendants").  I am fluent in both German and English.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto under oath.

2.      On November 18, 2008, Facebook, Inc. ("Facebook") filed an Opposition to Defendants' Motion for Protective Order.  In support thereof, Facebook presented a Declaration from Dr. Katharina Scheja dated November 17, 2008.  In its brief, Facebook mischaracterized the Declaration of Dr. Katharina

DECLARATION OF DR. ANTON G. MAURER IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

1   Scheja and asserted that the proceeding scheduled in the German Action at the

2   "*Landgericht Stuttgart*" on December 16, 2008 is not a "trial" as that term is used

3   in the United States but instead is the German procedural equivalent of what in the

4   U.S. "we would term a Case Management Conference." (Facebook Opp. at 4:5-6;

5   p.8 of 20) (Docket No. 59).

6

7          3.      Facebook's Opposition brief further contends that the hearing in

8   Germany on December 16 is <u>not</u> "a 'trial' in the sense that we use the word here in

9   the United States -- a resolution on the merits. Instead, it is more akin to a Case

10  Management Conference, where Facebook will not be expected to produce any

11  documentary evidence." (Facebook Opp. at 14:11-14; p.18 of 20) (Docket No. 59).

12

13         4.      For the following reasons, Facebook's contentions (as outlined in

14  Paragraphs 2 and 3 above) are factually wrong and without any legal basis.

15

16         a.      Under point no. 1 of its July 23, 2008 Order, the *Landgericht*

17  *Stuttgart* scheduled a "*Früher erster Termin zur mündlichen Verhandlung*" (the

18  literal translation of which is "early first date for oral trial").

19

20         b.      Under point no. 2.2 of its July 23, 2008 Order, the *Landgericht*

21  *Stuttgart* ordered that Facebook, as defendant, must respond to the Complaint

22  within six weeks if it wishes to defend itself. By its further Orders dated September

23  9, 2008 and October 15, 2008, and upon Facebook's motions, the *Landgericht*

24  *Stuttgart* first extended Facebook's time to respond to October 24, 2008 and then to

25  November 19, 2008.

26

27         c.      The German Code of Civil Procedure ("*Zivilprozessordnung*")

28  provides, at § 277 subsection 1 sentence 1, that a defendant has to present, in its

37106-00002/1666123.3                    2

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 900674590

1    response to the Complaint, all defenses.  Under point no. 2.2 of its July 23, 2008

2    Order, the *Landgericht Stuttgart* referred to §§ 277 subsection 2, and 296

3    subsections 1 and 3 of the German Code of Civil Procedure, and instructed

4    Facebook to submit in its response to StudiVZ's Complaint (i) all pleas and

5    defenses against the Complaint, (ii) all offers to produce evidence and to state what

6    that evidence is, and (iii) all opposition to evidence produced by StudiVZ Ltd., and

7    all within the stipulated time frame of the response (*i.e.*; by November 19, 2008).  If

8    Facebook would have missed this deadline, Facebook would have been in default

9    and all further defense of the lawsuit by Facebook would have been cut off unless

10   Facebook could convince the court to excuse the delay.  Thus, the Order required

11   Facebook to present all of its defenses, including any documentary evidence and all

12   offers to produce evidence, in its response to the Complaint that was due on

13   November 19, 2008.

14

15          d.      And, in fact, on November 19, 2008, Facebook filed a lengthy

16   response in the German Action presenting all of Facebook's defenses and evidence.

17   A true and correct copy of Facebook's response in the German Action is attached

18   hereto as "Exhibit O" (the "Response").  Facebook's Response is eighty-eight

19   pages long, consisting of a six page, single-spaced answer and attaching and

20   incorporating by reference an exhibit "B1" that is an eighty-two page document

21   containing a lengthy, single-spaced complaint that Facebook just filed on the same

22   day -- November 19, 2008 -- against StudiVZ at the "*Landgericht Köln*" (district

23   court Cologne), Germany, offers of purported proof on all significant issues, and a

24   stack of exhibits that Facebook alleges support its new German lawsuit.  This is

25   obviously nothing like the report of the early meeting of counsel or "case

26   management conference" statement in the instant U.S. federal lawsuit.  The reason

27   for that is simple -- Facebook must put forth all of its defenses and factual

28   arguments now, because a trial date of December 16, 2008 was set in the German

DECLARATION OF DR. ANTON G. MAURER IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 900674590

1    Action months ago and the court in Stuttgart has denied two requests by Facebook

2    to postpone it.  If Facebook had not made all of its written arguments and submitted

3    its offers of proof and alleged supporting evidence in the Response, then Facebook

4    could not have submitted them later without court approval, and Facebook would

5    have increased its risk of an adverse judgment at the December 16, 2008 trial.

6    Facebook's Response even contains a petition to dismiss the case based upon an

7    alleged lack of admissibility of the claims filed by StudiVZ.  This is a legal

8    argument which will be decided by the "*Landgericht Stuttgart*" without taking any

9    further evidence.  If the "*Landgericht Stuttgart*" would find Facebook's argument

10   to be correct, it would dismiss the case after the oral trial on December 16, 2008.

11   Therefore, based on its petition, even Facebook expects to have only one oral trial

12   date.

13

14            e.       § 275 subsection 2 and § 300 subsection 1 of the German Code

15   of Civil Procedure further discuss what can happen at the December 16, 2008

16   "early first date for oral trial" in the German Action.  Those sections state that the

17   court shall render a judgment after such early first date of oral trial if the court finds

18   that the matter is then ripe for decision.  In Germany, a judgment is often rendered

19   after the early first date of oral trial.  Only if Facebook also requests the testimony

20   of witnesses or expert reports could there possibly be (in the court's discretion) a

21   second oral trial date.  Even if the Stuttgart court would conclude after the oral trial

22   on December 16, 2008 that the German Action cannot be decided after the early

23   first date of oral trial and that a second oral trial date is necessary, the Stuttgart

24   court would make all appropriate orders to bring the German Action to a rapid

25   conclusion and judgment.

26

27            f.       Upon information and belief, it is also my understanding that a

28   Case Management Conference in the United States is an early pre-trial conference

37106-00002/1666123.3                         4

DECLARATION OF DR. ANTON G. MAURER IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  under Rule 16 of the Federal Rules of Civil Procedure and that, absent a settlement,

2  there can be no final judgment rendered at the end of a Case Management

3  Conference.  Therefore, it is completely inaccurate to say that the first early date of

4  oral trial under the German Code of Civil Procedure is the same as a Case

5  Management Conference.

6

7           g.     The Declaration of Dr. Katharina Scheja filed in opposition to

8  the instant motion appears to me to be cautiously drafted and so does not say that a

9  judgment will not be rendered after the December 16, 2008 early first date of oral

10  trial in the German Action.  Indeed, such a statement would have been wrong based

11  upon the petition filed by Facebook.  Instead, I note that Dr. Scheja states in the

12  second sentence of Paragraph 4 of her Declaration that, if no settlement is made, the

13  judge will "usually" schedule future hearings and deadlines.  However, this

14  statement does not exclude that a judgment will be rendered after such early first

15  date of oral trial.  In contrast to the courts in Frankfurt (the city in which Dr.

16  Scheja's office is located), the courts in the district of the "*Oberlandesgericht*

17  *Stuttgart*" have a "rocket docket."  In my experience, the *Landgericht Stuttgart* will

18  schedule a second date for oral trial only in cases that require the court to hear

19  witnesses or experts for rendering a final judgment.  Otherwise, the *Landgericht*

20  *Stuttgart* will render a judgment after the early first date of oral trial.

21

22      I declare under penalty of perjury under the laws of the State of California

23  and the United States that the foregoing is true and correct to the best of my

24  knowledge, and that this declaration was executed in Stuttgart, Germany on

25  December 2, 2008.

26

27                      /s Anton G. Maurer

28                      Dr. Anton G. Maurer

DECLARATION OF DR. ANTON G. MAURER IN SUPPORT OF MOTION FOR PROTECTIVE ORDER