STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants studiVZ Ltd.,
Holtzbrinck Networks GmbH, and
Holtzbrinck Ventures GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., , HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, <br><br> Defendants. | Case No. 5:08-CV-03468 JF <br><br> Assigned To: Hon. Jeremy Fogel <br><br> **EVIDENTIARY OBJECTIONS TO DECLARATIONS OF DR. KATHARINA SCHEJA AND WARRINGTON S. PARKER** <br><br> [Reply Memorandum of Points and Authorities; Supplemental Declaration of Stephen S. Smith (with Exhibits D-N); and Declaration of Dr. Anton G. Maurer (with Exhibit O) Filed Concurrently] <br><br> Date: December 9, 2008 <br> Time: 10:00 a.m. <br> Dept./Place: Courtroom 2, 5th Floor <br> Hon. Howard R. Lloyd <br><br> Complaint Filed: July 18, 2008 |

37106-00002/1666157.2

EVIDENTIARY OBJECTIONS TO DECLARATIONS OF KATHARINA SCHEJA AND WARRINGTON S. PARKER

Defendants StudiVZ Ltd., Holtzbrinck Networks GmbH, and Holtzbrinck Ventures GmbH ("Defendants") hereby object to the evidence submitted by plaintiff Facebook, Inc. ("Facebook") in support of Facebook's Opposition to Defendants' Motion for Protective Order as follows:

## I.  Declaration of Dr. Katharina Scheja

1. Defendants object to the entire Declaration of Dr. Katharina Scheja on the grounds that it was not signed under penalty of perjury. 28 U.S.C. § 1746; Kersting v. United States, 865 F.Supp. 669, 676 (D.Haw. 1994) (holding that the phrase "under penalty of perjury" is required to meet the verification requirements of 28 U.S.C. § 1746).

## I.  Declaration of Warrington S. Parker

1. Defendants object to the entirety of Paragraph 2 of the Declaration of Warrington S. Parker on the grounds of lack of proper authentication and on the grounds that it constitutes inadmissible hearsay.

2. Defendants object to the entirety of Paragraph 3 of the Declaration of Warrington S. Parker on the grounds of lack of proper authentication and on the grounds that it constitutes inadmissible hearsay.

DATED: December 2, 2008

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s  Stephen S. Smith
STEPHEN S. SMITH
Attorneys for Defendants studiVZ Ltd., Holtzbrinck Networks GmbH, and Holtzbrinck Ventures GmbH