# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   December 16, 2008                                         Time in Court: 21 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**  Facebook, Inc. v. Studivz, Ltd, et. al.
**CASE NUMBER**: C08-03468JF
Plaintiff Attorney present: Annette Hurst
Defendant Attorney present: Stephen Smith

**PROCEEDINGS: Defendant's Motion for Protective Order**

Counsel present arguments.

Matter is taken under submission.  Court to issue written ruling.