STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
StudiVZ Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, <br><br> Defendant. | Case No. 5:08-CV-03468 JF <br><br> Assigned To: Hon. Jeremy Fogel <br><br> **DECLARATION OF WILLIAM M. WALKER IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FOR *FORUM NON CONVENIENS* TO INFORM COURT OF NEW GERMAN ACTION** <br><br> [Supplemental Memorandum Filed Concurrently Herewith] <br><br> Date: February 13, 2009 <br> Time: 9:00 a.m. <br> Dept./Place: Courtroom 3 <br><br> Complaint Filed: July 18, 2008 |

37106-00002/1669032.2

Declaration of William M. Walker in Support of Motion to Dismiss

# DECLARATION OF WILLIAM M. WALKER

I, William M. Walker, declare:

1. I am an attorney at law duly licensed to practice in the State of California and before the United States District Court for the Northern District of California, and am a partner at Greenberg Glusker Fields Claman & Machtinger LLP, counsel of record for defendants StudiVZ Ltd. ("StudiVZ"), Holtzbrinck Networks GmbH ("Networks") and Holtzbrinck Ventures GmbH ("Ventures") (collectively, "Defendants"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto under oath.

2. I graduated from the University of California, Davis in 1985 with a bachelor of arts degree in German literature. I speak and read German fluently. Since graduating from law school in 1988, I have had extensive experience advising German clients doing business in the U.S. and U.S. clients doing business in Germany, frequently in German.

3. On information and belief, a true and correct copy of the response (the "Response") filed by Facebook, Inc. ("Facebook") in the lawsuit brought by StudiVZ against Facebook in the Landgericht Stuttgart (district court Stuttgart) in Stuttgart, Germany (the "First German Action") is attached as "Exhibit O" to the Declaration of Dr. Anton G. Maurer in Support of Defendants' Motion for Protective Order. (Docket No. 65).

4. The Response presents Facebook's defenses and evidence in the First German Action. Apparently on the same day that Facebook filed the Response in the First German Action, Facebook filed an eighty-eight page long, single-spaced

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Complaint at the "Landgericht Köln" (district court Cologne), in Cologne, Germany against StudiVZ (the "Second German Action"). Facebook's Complaint in the Second German Action is attached as "Exhibit B1" to, and fully incorporated by reference into, Facebook's Response in the First German Action.

5. Defendants' German counsel obtained an English translation of "Exhibit B1" to the Response, a true and correct copy of which is attached hereto as "Exhibit F." I have read both the German version of "Exhibit B1" to the Response (Maurer Decl., Ex. O) and the English translation thereof (Ex. F), and the latter is an accurate English translation of the former.

6. The Second German Action is essentially based on the identical facts and conduct as the case at bar and the First German Action, and seeks several different forms of affirmative relief against StudiVZ (including but not limited to monetary damages, injunctive relief, and an accounting).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California on December 18, 2008.

/s William M. Walker
William M. Walker