1  I. NEEL CHATTERJEE (State Bar No. 173985)
     nchatterjee@orrick.com
2  JULIO C. AVALOS (STATE BAR NO. 255350)
     javalos@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:    650-614-7400
5  Facsimile:    650-614-7401

6  THOMAS J. GRAY (STATE BAR NO. 191411)
   tgray@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza
8  Suite 1600
   Irvine, CA  92614-2558
9  Telephone:    +1-949-567-6700
   Facsimile:    949-567 6710
10
   Attorneys for Plaintiff
11 FACEBOOK, INC.

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15

16 | FACEBOOK, INC.,                          | Case No.  5:08-cv-03468 JF
17 |         Plaintiff,                       |
                                              | **DECLARATION OF CLEMENS
18 |     v.                                   | MAYER-WEGELIN**
19 | STUDIVZ LTD., HOLTZBRINCK                |
   | NETWORKS GmbH, HOLTZBRINCK               |
20 | VENTURES GmbH AND DOES 1-25,             |
21 |         Defendants.                      |

22

23

24     I, Clemens Mayer-Wegelin, declare as follows:

25     1.    I am an attorney with the law firm of Heymann & Partner, German counsel for

26 Plaintiff Facebook, Inc.  I am a citizen of Germany and reside in Bad Homburg and I am in good

27

28                                      - 1 -

standing with my local bar. I make this Declaration in support of Facebook's legal arguments. Except as set forth herein, I have personally researched the below quoted articles via publicly accessible declarations and statements and if called as a witness, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct hard copy of the web page located at http://berufundchance.fazjob.net/s/Rub1A09F6EF89FE4FD19B3755342A3F509A/Doc~EB3E7C2CF11134DA9B6402D39BDAAC03E~ATpl~Ecommon~Scontent.html (as shown on my computer). The web page is a news article in German dated October 24, 2006 from the German daily newspaper *Frankfurter Allgemeine Zeitung*. The article states that StudiVZ founder Ehssan Dariani worked for two months in 2005 as an intern in the United States office of the internet startup company Spreadshirt. The article quotes Mr. Dariani as saying, "So I was looking for the next big thing. And where is the search more promising than overseas in a young start-up company?" The article states that during his internship at Spreadshirt, Mr. Dariani became aware of an American social network. The article quotes Mr. Dariani as saying, "That's when I thought: That's good, adopt it, do it." (*"Also habe ich nach dem nächsten großen Fang gesucht. Und wo ist das Angeln am Vielversprechendsten, wenn nicht in Übersee in einem jungen Start-up-Unternehmen?' Zwei Monate blieb Dariani im vergangenen Jahr bei der neuen amerikanischen Dependance des Leipziger Unternehmens Spreadshirt. Dort kam er schnell auf die gesuchte Idee: Ein soziales Netzwerk für Studenten zu schaffen. In den Vereinigten Staaten keine Neuheit. ‚Da dachte ich mir: Das ist gut, übernehmen, machen', sagt Dariani."*)

3. Attached hereto as **Exhibit B** is a true and correct hard copy of the web page located at http://www.spiegel.de/international/0,1518,446353,00.html (as shown on my computer). The web page is a news article in English dated November 7, 2006 from the German website *Spiegel Online International*. According to the article, Lukasz Gadowski, the founder of Spreadshirt.com, the company at which Mr. Dariani had interned in 2005 according to the article in Exhibit A, was one of the early investors in StudiVZ. According to the article, Mr. Gadowski

- 2 -

OHS West:260582475.1
16069-2005 TG3/TG3
OHS West:260582475.1
16069-2005 TG3/TG3

DECLARATION OF CLEMENS MAYER-WEGELIN
Case No.: 5:08-cv-03468

provided Mr. Dariani and Dennis Bemmann with 5,000 Euros.

4. Attached hereto as **Exhibit C** is a true and correct hard copy of the web page located at http://www.heise.de/tr/Ich-war-damals-nicht-dabei--/artikel/80925 (as shown on my computer). The web page is a news article in German dated November 13, 2006 from the German magazine *Technology Review*. The article features an interview with Lukasz Gadowski, the founder of "Spreadshirt". Asked about copycat websites, Mr. Gadowski says according to the article, "No offense, but your objections are not justified. However, concerning "MyVideo" and "StudiVZ" you are right with the copycat, these two orient themselves very much to the U.S. models." (*"Nichts für ungut, aber ihre Einwände sind leider nicht berechtigt. Aber bei "MyVideo" und "StudiVZ" haben sie mit dem Nachmachen recht, diese orientieren sich in Modell und Aufmachung sehr an den US-Vorbildern."*)

5. Attached hereto as **Exhibit D** is a true and correct hard copy of the web page located at http://www.netzeitung.de/arbeitundberuf/existenzgruendung/444776.html (as shown on my computer). The web page is a news article in German dated October 6, 2006 from the German website netzeitung.de. In the article, Mr. Dariani is quoted as saying, "When I saw student networks in the USA, I wanted to have that in Germany, too. One of my major strengths is to anticipate human behavior. I always had the feeling that German students are interested in such networks." (*"Als ich Studentennetzwerke in den USA gesehen habe, da wollte ich das auch in Deutschland haben. Eine meiner Hauptstärken ist es, das menschliche Verhalten zu prognostizieren. Ich habe immer das Gefühl gehabt, dass sich deutsche Studenten für so ein Netzwerk interessieren."*)

6. Attached hereto as **Exhibit E** is a true and correct hard copy of the web page located at http://www.spiegel.de/netzwelt/web/0,1518,448444,00.html (as shown on my computer). The web page is a news article in German dated November 15, 2006 from the German website *Spiegel Online*. The article contains an interview with the StudiVZ founders, Dennis Bemmann and Ehssan Dariani, and Michael Brehm. According to the article, by meaning and by my own translation Mr. Dariani wrote, "We [StudiVZ] analyzed American platforms,

- 3 -

OHS West:260582475.1
16069-2005 TG3/TG3
OHS West:260582475.1
16069-2005 TG3/TG3

DECLARATION OF CLEMENS MAYER-WEGELIN
Case No.: 5:08-cv-03468

combined the best ideas and adapted those to the European campus culture." ("*Wir haben amerikanische Plattformen analysiert, die besten Ideen miteinander kombiniert und an die europäische Campuskultur angepasst.*")

7. Attached hereto as **Exhibit F** is a true and correct copy of the web page located at http://www.faz.net/s/RubD16E1F55D21144C4AE3F9DDF52B6E1D9/Doc~E8348168B1A164D2792AFC848A1DFB742~ATpl~Ecommon~Scontent.html (as shown on my computer). The web page is a news article in German dated July 19, 2008 from the German daily newspaper *Frankfurter Allgemeine Zeitung*. The article states, "Of course StudiVZ would lean against Facebook, Dariani said to the *Frankfurter Allgemeine Sonntagszeitung*, but this could not be considered a bad thing. 'One cannot copy the software behind the site, you have to write it yourself.' The two websites have a very similar look indeed. However, they could not be mistaken for one another, Dariani said. 'The colors are different: StudiVZ is red, Facebook is blue.'" ("*Natürlich sei StudiVZ an Facebook angelehnt, sagte Dariani der Frankfurter Allgemeinen Sonntagszeitung (F.A.S.), aber schlimm sei das nicht. ‚Die Software hinter der Seite kann man ja gar nicht kopieren, die muss man selbst schreiben.' Tatsächlich sehen die beiden Webseiten einander sehr ähnlich. Sie könnten aber nicht miteinander verwechselt werden, sagte Dariani. ‚Die Farben unterscheiden sich: StudiVZ ist rot, Facebook ist blau.'*").

8. At http://video.google.com/videoplay?docid=-244685056142160705 (as shown on my computer) is a video presentation in German featuring Mr. Dariani. According to the web page, the video was uploaded in May 2007. At approximately 2:17 in the video, Mr. Dariani basically states that he had the idea for developing StudiVZ in June 2005 while he was an intern at Spreadshirt in the United States. At approximately 9:30 in the video, Mr. Dariani basically admits that in developing StudiVZ, the StudiVZ founders oriented themselves strongly toward Facebook as a tested business model; however, they would nevertheless try to differ. At approximately 16:00 in the video, Mr. Dariani basically states that he first learned of Facebook while at Spreadshirt as Spreadshirt advertised on Facebook or vice versa. Mr. Dariani basically states that upon looking at Facebook, he thought, "Wow, super, it's a lot of fun. I want to have

- 4 -

OHS West:260582475.1
16069-2005 TG3/TG3
OHS West:260582475.1
16069-2005 TG3/TG3

DECLARATION OF CLEMENS MAYER-WEGELIN
Case No.: 5:08-cv-03468

| | |
|---|---|
| 1 | that too, there's no such thing in Germany." Mr. Dariani basically states that he then contacted |
| 2 | Dennis Bemmann about developing StudiVZ. |
| 3 | 9. At http://de.sevenload.com/videos/njJWPwS-ATEC-2008-Vortrag-von-Ehssan- |
| 4 | Dariani (as shown on my computer) is a video presentation in German. According to the web |
| 5 | page the video was uploaded in November 2008. At approximately 8:40 of the video, Mr. |
| 6 | Dariani basically states that as an intern at Spreadshirt, he was in charge of spending a $100,000 |
| 7 | marketing budget on Facebook. After looking at Facebook he liked it a lot and wanted to launch |
| 8 | such a website in Germany. He then basically states that he contacted Mr. Bemmann regarding |
| 9 | the development of such a site. |
| 10 | 10. Attached hereto as **Exhibit G** is a true and correct copy of the web page located at |
| 11 | http://209.85.129.132/search?q=cache:5NhiDvg- |
| 12 | eQYJ:www.schuelervz.net/l/press/1/+Xilinx+Dennis+Bemmann&hl=de&ct=clnk&cd=1 (as |
| 13 | shown on my computer). According to this outdated version of the SchuelerVZ-page *"über uns"* |
| 14 | (about us), which I retrieved on January 12, 2009 via Google cache, Mr. Dennis Bemmann, one |
| 15 | of the co-founders of StudiVZ, was working as a System Level Designer in the Xilinx Research |
| 16 | Labs in Longmont, Colorado, USA and San José, California, USA. According to the website, his |
| 17 | task was to develop microchips for Internet routers. This article does not clarify the dates that |
| 18 | Mr. Bemmann was working for Xilinx. |
| 19 | 11. Attached hereto as **Exhibit H** is a true and correct copy of the web pages located |
| 20 | at http://portal.acm.org/citation.cfm?id=1025811 and |
| 21 | http://portal.acm.org/author_page.cfm?id=81100640987&dsp=coll&coll=GUIDE&dl=GUIDE&t |
| 22 | rk=1&CFID=18306310&CFTOKEN=56483771 (as shown on my computer). According to the |
| 23 | first website, Mr. Dennis Bemmann was co-author of "Time-Critical Software Deceleration in an |
| 24 | FCCM" published in 2004. Further co-authors are, according to the first website, Phil James- |
| 25 | Roxby of Xilinx Research Labs, Longmont, Colorado, USA and Gordon Brebner of Xilinx |
| 26 | Research Labs, San José, California, USA. According to the second website, Mr. Bemmann's |
| 27 | publishing years are 2004-2005. |

- 5 -

OHS West:260582475.1
16069-2005 TG3/TG3
OHS West:260582475.1
16069-2005 TG3/TG3

DECLARATION OF CLEMENS MAYER-WEGELIN
Case No.: 5:08-cv-03468

12. While I have tried to accurately convey the above items, I cannot guarantee for the correct transmission of web pages to my computer. However, I am not aware of an incorrect transmission. Also, I have summarized and translated the above quoted articles and statements in my own words to my best knowledge.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of January, at Frankfurt, Germany.

_____
Clemens Mayer-Wegelin

OHS West:260582475.1
16069-2005 TG3/TG3
OHS West:260582475.1
16069-2005 TG3/TG3

DECLARATION OF CLEMENS MAYER-WEGELIN
Case No.: 5:08-cv-03468

OHS West:260582475.1
16069-2005 TG3/TG3

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 13, 2009.

Dated: January 16, 2008.   Respectfully submitted,

/s/ /s/
_____
Julio C. Avalos

- 1 -

OHS West:260582475.1
16069-2005 TG3/TG3

DECLARATION OF CLEMENS MAYER-WEGELIN
Case No.: 5:08-cv-03468