I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
  javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558
Telephone: +1-949-567-6700
Facsimile: 949-567 6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STUDIVZ LTD., HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH AND DOES 1-25,<br><br>　　　　　Defendants. | Case No. 5:08-cv-03468 JF<br><br>**SUPPLEMENTAL DECLARATION OF THOMAS J. GRAY IN SUPPORT OF FACEBOOK'S MOTION TO ENLARGE TIME PURSUANT TO L.R. 6-3**<br><br>Room: Courtroom 3, 5th Floor<br>Judge: Honorable Jeremy Fogel |

| | |
|---|---|
| 1 | I, Thomas J. Gray, declare as follows: |
| 2 | 1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel |
| 3 | for Plaintiff Facebook, Inc. I make this Declaration in support of Facebook's Motion to Enlarge |
| 4 | Time Pursuant to L.R. 6-3. I am an active member in good standing of the California State Bar. |
| 5 | Except as set forth herein, I have personal knowledge of the facts stated herein and if called as a |
| 6 | witness, could and would competently testify thereto. |
| 7 | 2. During the week of January 19, through and including January 22, 2009, the |
| 8 | Parties met and conferred regarding the timing of Defendants' motions to dismiss. Attached as |
| 9 | **Exhibit A** is a true and correct copy of an email string in which Defendants' counsel, Steven |
| 10 | Smith, recognizes that Facebook likely will win its request for jurisdictional discovery as to |
| 11 | Defendant StudiVZ. |
| 12 | 3. Despite their concessions that Facebook is permitted to conduct discovery as to |
| 13 | issues that go to the merits if they are intertwined with jurisdiction issues, Defendants have failed |
| 14 | to produce any such documents and refused to have their witnesses testify as to those issues. |
| 15 | Defendants' actions will be the subject of a motion to compel that Facebook soon will file, likely |
| 16 | for a March 3, 2009 hearing date before Judge Lloyd. |
| 17 | 4. I have read the declaration of Julio Avalos filed in support of Facebook's Motion |
| 18 | to Enlarge Time Pursuant to L.R. 6-3. Mr. Avalos participated on all of the meet and confer |
| 19 | telephone calls I had with Mr. Smith in December and on January 6, 2009. Mr. Avalos also took |
| 20 | extensive notes during these calls. His descriptions of the events are accurate and consistent with |
| 21 | my recollection and my notes. |
| 22 | I declare, under penalty of perjury, that the foregoing is true and correct to the best of my |
| 23 | knowledge. Executed this 23rd day of January 2009, Menlo Park, California. |

/s/ Thomas J. Gray
Thomas J. Gray

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 23, 2009.

Dated: January 23, 2009.                    Respectfully submitted,

                                            /s/ Thomas J. Gray
                                            Thomas J. Gray