I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
  javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558
Telephone: +1-949-567-6700
Facsimile: 949-567 6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>STUDIVZ LTD., HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH AND DOES 1-25,<br><br>        Defendants. | Case No. 5:08-cv-03468 JF<br><br>**DECLARATION OF THOMAS J. GRAY IN SUPPORT OF FACEBOOK'S MOTION TO COMPEL STUDIVZ LTD., HOLTZBRINCK VENTURES GMBH AND HOLTZBRINCK NETWORKS GMBH TO FULLY RESPOND TO INTERROGATORIES AND TO PRODUCE DOCUMENTS AND THINGS PURSUANT TO CIVIL L.R. 7-1 AND 37-2**<br><br>Date: March 3, 2009<br>Time: 10:00 a.m.<br>Room: Courtroom 2, 5th Floor<br>Judge: Honorable Magistrate Judge Howard R. Lloyd, for Discovery Purposes |

I, Thomas J. Gray, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Plaintiff Facebook, Inc. I make this Declaration in support of Facebook's Motion to Compel StudiVZ Ltd., Holtzbrinck Ventures GmbH and Holtzbrinck Networks GmbH to Permit Inspection of Documents and Things Pursuant to Civil L.R. 7-1 and 37-2. I am an active member in good standing of the California State Bar. Except as set forth herein, I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

2. During a January 6, 2009 meet and confer session, I discussed with Defendants' counsel, Steven Smith, the upcoming depositions of two "personal jurisdiction" witnesses that StudiVZ and the Holtzbrinck Defendants had agreed to produce, Messrs. Brehm and Weber. I expressed concern that, given that the parties were at a significant impasse with respect to the scope of personal jurisdiction discovery, the depositions would be an unnecessary waste of time, money and resources. During the call, Mr. Smith stated that he would allow his witnesses to discuss StudiVZ's accessing of Facebook for "commercial purposes." I believed we had reached an agreement as to the scope of deposition testimony. The next day, I wrote Mr. Smith an email to confirm our agreement. At that point, Mr. Smith stated that it was his opinion that no agreement was reached during the prior day's meet and confer session. With an obvious disagreement as to the issue, I do not understand why Mr. Smith boarded the plane to Germany.

3. I have reviewed the Declaration of Julio C. Avalos filed in support of Facebook's motion to compel. Mr. Avalos's descriptions of the meet and confer sessions in which I participated seem accurate based on my recollection and contemporaneous notes.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of January, at Irvine, California.


                                                 /s/ Thomas J. Gray
                                                  Thomas J. Gray

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 27, 2009.

Dated: January 27, 2009                                    Respectfully submitted,

                                                                          /s/ Thomas J. Gray
                                                                          Thomas J. Gray

OHS West:260595206.1

- 1 -    DECLARATION OF THOMAS J. GRAY IN SUPPORT OF MOTION TO COMPEL DISCOVERY