**E-Filed 1/28/09**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD; VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmBH; HOLTZBRINCK NETWORKS GmBH; and HOLTZBRINCK VENTURES GmBH <br><br> Defendants. | Case Number C 08-3468 JF (HRL) <br><br> **ORDER[1] GRANTING IN PART MOTION TO ENLARGE TIME** <br><br> RE: Docket No. 77 |

Plaintiff Facebook, Inc. ("Facebook") seeks a continuance of the February 13, 2009 hearing date on two motions to dismiss filed by Defendants StudiVZ LTD ("Studivz") and Hotlzbrinck Networks, GmGH ("Holtzbrinck"). Facebook, which owns and maintains a widely popular social utility website, alleges that Defendants created illegal "knock-offs" of the site in Germany. Defendants have moved to dismiss the complaint on grounds of *forum non*

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-3468 JF
ORDER GRANTING IN PART MOTION TO ENLARGE TIME
(JFLC3)

*conveniens* and lack of personal jurisdiction. Facebook argues that it requires more time to conduct discovery with respect to these issues, justifying a continuance.

StudiVZ does not oppose Facebook's motion with respect to personal jurisdiction, recognizing a good-faith dispute over the proper extent of discovery on that issue. However, StudiVZ maintains that no discovery issues remain as to the *forum non conveniens* issues. Because courts "may dispose of an action by a *forum non conveniens* dismissal, bypassing questions of subject-matter and personal jurisdiction," *see Sinochem Int'l Co. Ltd. v. Malaysia Int'l Shipping Co. Ltd.*, 549 U.S. 422, 423-24 (2007), StudiVZ argues that at least the *forum non conveniens* portion of its motion should be heard on February 13, 2009. Holtzbrinck opposes Facebook's motion for a continuance in its entirety. Holtzbrinck submits that it consistently has accommodated Facebook's requests to continue the motions to dismiss, but will not do so further in light of Facebook's sudden and purportedly unjustifiable decision to cancel a deposition, to be conducted in Germany, that was the central reason for the stipulated scheduling adjustments.

A review of the record and the parties' papers reveals that Facebook has failed to demonstrate any reason to continue the February 13, 2009 hearing as to either defendant with respect to *forum non conveniens*, or as to Holtzbrinck with respect to personal jurisdiction. Nonetheless, because considerations of judicial economy weigh in favor of hearing all of the motions concurrently, and because a brief continuance is unlikely to prejudice any party, the Court will grant Facebook's motion for a continuance. Facebook will be permitted to file a supplemental opposition with respect to whether this Court has personal jurisdiction over StudiVZ in light of any newly discovered material. The continuance will be for sixty days only. Accordingly, Defendants' motions to dismiss will be heard on April 10, 2009 at 9 AM.

**IT IS SO ORDERED.**

DATED: 1/28/09

*signature*
JEREMY FOGEL
United States District Judge

This Order has been served upon the following persons:

Annette L. Hurst    ahurst@orrick.com

Gary Evan Weiss    gweiss@orrick.com, sdonlon@orrick.com

I. Neel Chatterjee    nchatterjee@orrick.com, adalton@orrick.com, htsutsui@orrick.com, kmudurian@orrick.com, mawilliams@orrick.com

Julio Cesar Avalos    javalos@orrick.com, aako-nai@orrick.com, adalton@orrick.com

Stephen Shannon Smith , Esq    ssmith@greenbergglusker.com

Thomas J. Gray    tgray@orrick.com

Warrington S. Parker , III    wparker@orrick.com

William Mielke Walker    wwalker@greenbergglusker.com