I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
  javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558
Telephone: +1-949-567-6700
Facsimile: 949-567 6710

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH AND DOES 1-25, <br><br> Defendants. | Case No. 5:08-cv-03468 JF <br><br> **DECLARATION OF JULIO C. AVALOS IN SUPPORT OF FACEBOOK'S MOTION TO STRIKE DECLARATION OF STEPHEN S. SMITH** <br><br> Date: March 24, 2009 <br> Time: 10:00 a.m. <br> Room: Courtroom 2, 5th Floor <br> Judge: Honorable Magistrate Judge Howard R. Lloyd, for Discovery Purposes |

I, Julio C. Avalos, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Plaintiff Facebook, Inc.. I make this Declaration in support of Facebook's Motion to Strike the Declaration of Stephen S. Smith In Support of Defendants' Opposition to Facebook, Inc.'s Motions to Compel and For Sanctions. I am an active member in good standing of the California State Bar. Except as set forth herein, I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

2. A true and correct copy of the February 10, 2009 Declaration of Stephen S. Smith In Support of Defendants' Opposition to Facebook, Inc.'s Motions to Compel and For Sanctions is attached hereto as **Exhibit A**.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of February, at Menlo Park, California.

/s/ Julio C. Avalos /s/
Julio C. Avalos

- 1 - DECL. OF J. AVALOS IN SUPPORT OF MOTION TO STRIKE DECLARATION OF S. SMITH
No. 5:08-CV-03468 JF

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 17, 2009. |

Dated: February 17, 2009         Respectfully submitted,

                                    /s/ Julio C. Avalos /s/
                                    Julio C. Avalos

OHS West:260612358.1

- 2 -    DECL. OF J. AVALOS IN SUPPORT OF MOTION TO STRIKE DECLARATION OF S. SMITH
No. 5:08-CV-03468 JF