STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants studiVZ Ltd.,
Holtzbrinck Networks GmbH, and
Holtzbrinck Ventures GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25,<br><br>    Defendants. | Case No. 5:08-CV-03468 JF<br><br>Assigned To: Hon. Jeremy Fogel<br><br>**EVIDENTIARY OBJECTIONS TO DECLARATION OF JULIO C. AVALOS**<br><br>Date:    March 3, 2009<br>Time:    10:00 a.m.<br>Dept./Place:    Courtroom 2, 5th Floor<br>    Hon. Howard R. Lloyd<br><br>Complaint Filed: July 18, 2008 |

37106-00002/1677794.2

EVIDENTIARY OBJECTIONS TO DECLARATION OF JULIO C. AVALOS

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 900674590

Defendants StudiVZ Ltd., Holtzbrinck Networks GmbH, and Holtzbrinck Ventures GmbH (collectively, "Defendants") hereby object to the January 27, 2009 Declaration of Julio C. Avalos (the "Declaration") submitted by plaintiff Facebook, Inc. ("Facebook") in support of Facebook's Motion to Compel Defendants to Fully Respond to Interrogatories and to Produce Documents and Things Pursuant to Civil L.R. 7-1 and 37-1, as follows:

1. Defendants object to the entirety of Paragraph 5 of the Declaration, including the attached Exhibit 1, on the grounds of lack of proper authentication, lack of personal knowledge by either Mr. Avalos or the author of the article he references, and on the grounds that it constitutes inadmissible hearsay.

2. Defendants object to the entirety of Paragraph 6 of the Declaration, including the attached Exhibit 2, on the grounds of lack of proper authentication, lack of personal knowledge by either Mr. Avalos or the author of the webpage he references, and on the grounds that it constitutes inadmissible hearsay.

3. Defendants object to the entirety of Paragraph 7 of the Declaration, including the attached Exhibit 3, on the grounds of lack of personal knowledge, lack of foundation, lack of proper authentication, and on the grounds that it constitutes inadmissible hearsay.

4. Defendants object to the entirety of Paragraph 8 of the Declaration, including the attached Exhibit 4, on the grounds of lack of proper authentication, lack of personal knowledge by either Mr. Avalos or the author of the article he references, and on the grounds that it constitutes inadmissible hearsay.

5. Defendants object to the entirety of Paragraph 13 of the Declaration, including the attached Exhibit 8, on the grounds of lack of foundation and lack of proper authentication.

6. Defendants object to the entirety of Paragraph 39 of the Declaration, including the attached Exhibit 11, on the grounds of lack of foundation and lack of

1 | proper authentication.

2 |     7.    Defendants object to the entirety of Paragraph 40 of the Declaration, including the attached Exhibit 12, on the grounds of lack of foundation and lack of proper authentication.

    8.    Defendants object to the entirety of Paragraph 41 of the Declaration, including the attached Exhibit 13, on the grounds of lack of foundation and lack of proper authentication.

DATED: February 25, 2008

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP


By: /s Stephen S. Smith
STEPHEN S. SMITH
Attorneys for Defendants studiVZ Ltd.,
Holtzbrinck Networks GmbH, and
Holtzbrinck Ventures GmbH

37106-00002/1677794.2    2

EVIDENTIARY OBJECTIONS TO DECLARATION OF JULIO C. AVALOS