# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   March 3, 2009                                               Time in Court: 45 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**  Facebook, Inc. v. Studivz, Ltd, et. al.
**CASE NUMBER**: C08-03468JF
Plaintiff Attorney present: Tom Gray and Julio Avalos
Defendant Attorney present: Stephen Smith

**PROCEEDINGS:**   Defendants' Motion for Sanctions; Plaintiff's Motion for Sanctions; Plaintiff's Motion to Compel

Counsel present arguments.  Counsel to submit a two page letter re Motion to Compel  to the court by March 5th at 9:00 a.m..   Matters are taken under submission .