Stephen S. Smith
D: 310.785.6895
F: 310.201.2350
SSmith@GreenbergGlusker.com
File Number 37106-00002

March 4, 2009

**FILED**

MAR 0 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

VIA FACSIMILE (408-535-5410)

Magistrate Judge Howard R. Lloyd
Judge of the United States District Court
Courtroom 2, Fifth Floor
280 South First Street
San Jose, CA 95113-3008

Re: Facebook, Inc. v. StudiVZ Ltd., et al.
U.S. District Court Case No. 5:08-CV-03468 JF

Your Honor:

Pursuant to the March 3, 2009 Minute Order, defendants submit this "letter re Motion to Compel."

Unfortunately, in the 48 hours from the hearing until now, I have been unable to obtain authorization from StudiVZ concerning proposed language for an order on Facebook's motion to compel. I was able to speak with general counsel for the defendants early this morning. However, because of the overwhelming burden and expense associated with searching for the documents that are at issue in Facebook's motion to compel, and because of serious concerns regarding the potential violation of German privacy laws that could result from any order compelling the production of such documents, general counsel must speak with the board, which she has not yet been able to do. I therefore request an additional week to allow StudiVZ to provide proposed language so that general counsel has the opportunity to contact and discuss the issue with the relevant board members.

Respectfully,

Stephen S. Smith

SSS/nll

cc: Gary Evan Weiss, Esq. (by email)
Thomas Gray, Esq. (by email)

37106-00002/1678466.3

Dockets.Justia.com



# FAX COVER SHEET

| | | |
|---|---|---|
| **DATE:** | March 5, 2009 | |
| **FROM:** | Stephen S. Smith, Esq. | **ATTORNEY #:** 276 |
| **PHONE NUMBER:** | 310.785.6895 | |
| **FAX NUMBER:** | 310.201.2350 | |
| **NO. OF PAGES:** | 2 (including fax cover sheet) | |

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL 310.553.3610 x6770

**FILE NUMBER:** 37106-00002

| TO | PHONE NUMBER | FAX NUMBER |
|---|---|---|
| The Honorable Howard R. Lloyd<br>United States Magistrate Judge<br>U.S. District Court, Northern District | (408) 535-5365 | (408) 535-5410 |

**DOC TITLE:** Submission letter to Your Honor

**RE:** Facebook, Inc. v. StudiVZ Ltd., et al.
USDC/Northern District Case No. 5:08-CV-03468 JF

**MESSAGE:** Please see attached.

CONFIDENTIALITY NOTE The information contained in this facsimile is confidential information intended only for the use of the individual or entity named above and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, your courtesy will be appreciated in telephoning us collect to inform us of the misdirection and returning the original facsimile to us at the address below by mail. Thank you.

37106-00002/1678895.1

**Greenberg Glusker Fields Claman & Machtinger LLP**
1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067
T 310 553 3610 | F 310 553 0687

GreenbergGlusker.com