United States District Court
For the Northern District of California

*E-FILED 3/12/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | No. C08-03468 JF (HRL) |
| Plaintiff, | |
| v. | **SECOND INTERIM ORDER RE PLAINTIFF'S MOTION TO COMPEL** |
| STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH; HOLTZBRINCK NETWORKS GmbH; HOLTZBRINCK VENTURES GmbH; and DOES 1-25, | |
| Defendants. | |

At the March 3, 2009 hearing on plaintiff's motion to compel, the parties were directed to submit a two-page letter with their respective proposals on the issues by March 5, 2009. The court subsequently granted defendants' request for a one week extension of time to submit their letter. The purpose of the post-hearing letters was to have the parties clarify their positions as to the discovery sought by plaintiff. Rather than submit the requested proposal for the specific limits of jurisdictional discovery, defendants in their March 12, 2009 letter ask this court to stay any decision on compelling jurisdictional discovery until they seek certain relief from the presiding judge.

In view of the position taken by defendants in their March 12, 2009 letter, this court finds that plaintiff should be given an opportunity to respond. Accordingly, Facebook shall

have until March 16, 2009, 5:00 p.m. to file a response, not to exceed two pages.  (Facebook should e-file its letter as opposed to faxing it to chambers.)

SO ORDERED.

Dated: March 12, 2009



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-cv-3468 Notice has been electronically mailed to:**

Annette L. Hurst ahurst@orrick.com

Gary Evan Weiss gweiss@orrick.com, sdonlon@orrick.com

I. Neel Chatterjee nchatterjee@orrick.com, adalton@orrick.com, kmudurian@orrick.com, mawilliams@orrick.com

Julio Cesar Avalos javalos@orrick.com, aako-nai@orrick.com, adalton@orrick.com

Stephen Shannon Smith , Esq ssmith@greenbergglusker.com

Thomas J. Gray tgray@orrick.com, vcloyd@orrick.com

Warrington S. Parker , III wparker@orrick.com

William Mielke Walker wwalker@greenbergglusker.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.