I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558
Telephone: +1-949-567-6700
Facsimile: 949-567 6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH AND DOES 1-25,<br><br>Defendants. | Case No. 5:08-cv-03468 JF<br><br>**DECLARATION OF JULIO C. AVALOS IN SUPPORT OF FACEBOOK INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Judge: Honorable Jeremy Fogel<br>Complaint Filed: July 18, 2008 |

OHS West:260632301. 1

I, Julio C. Avalos, declare as follows:

1.  I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Plaintiff Facebook, Inc. ("Facebook"). I make this Declaration in support of Facebook's Opposition to Defendants' Motion for Administrative Relief seeking to stay the personal jurisdiction portion of their motions to dismiss. I am an active member in good standing of the California State Bar. Except as set forth herein, I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

2.  On March 24, 2009, I directed my internet browser to the website located at http://www.pantherexpress.net/news/25/. I then saved that website as a PDF image file, which accurately portrays the website as I saw it. A true and correct copy of this file/webpage is attached hereto as **Exhibit A**.

3.  On March 24, 2009, I opened Apple's iTunes program and navigated to the "iTunes Store" link along the left navigation panel. I clicked on that link and was directed to the iTunes Store, an online store stocked with downloadable music, movies, television programs and a variety of applications and programs for the Apple iPhone. I performed a search in the iTunes store for "studivz" and was able to locate three different iPhone applications available for download. These applications correspond to three of Defendants' websites: meinVZ, schulerVZ and StudiVZ. According to the iTunes store, these applications have been available for download since March 3, 2009. Using my computer's screenshot feature, I was able to record my screenshot as an image file. This image file accurately portrays the iTunes store screenshot as I saw it. A true and correct copy of same is attached hereto as **Exhibit B**.

4.  On March 24, 2009, I directed my internet browser to the website located at http://developer.apple.com/iphone/terms/registered_iphone_developer.pdf. Located at that address is PDF image file of Apple, Inc.'s "Registered iPhone Developer Agreement." I saved this website/PDF image file onto my computer. The saved image file accurately portrays the website as I viewed it online. A true and correct copy of same is attached hereto as **Exhibit C**.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

| | |
|---|---|
| 1 | Executed this 24th day of January, at Menlo Park, California. |
| 2 | |
| 3 | /s/ Julio C. Avalos /s/ |
| 4 | JULIO C. AVALOS |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 24, 2009.

Dated: March 24, 2009                    Respectfully submitted,

                                                    /s/ Julio C. Avalos /s/
                                                        Julio C. Avalos