# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br>     Plaintiff, <br> V. <br> STUDIVZ LTD, <br>     Defendant. | Case Number CV-08-3468-JF <br><br> CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set on April 10, 2009 is continued to April 17, 2009 at 9:00 a.m., to be heard with the motion, before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

March 31, 2009

For the Court
Richard W. Wieking, Clerk

By: /s/
Diana Munz
Courtroom Deputy Clerk