# EXHIBIT 26



« Warnblinker
Gegenzeichnungspflicht für Realakte? »

# StudiVZ - Ein Plagiat als Möchtegern-YouTube?

Es klang zunächst wie eine Erfolgsstory aus dem Bilderbuch des e-commerce: Zwei Studenten aus Berlin, die mit einer genialen Idee und unter kühnem Eigenaufwand das Web 2.0 für die deutsche Unikultur geschaffen haben.

Schnell indes wurde jedoch klar, dass die "Idee" so neu doch eigentlich gar nicht war. Vielmehr noch wiesen bald die ersten Blogger darauf hin, dass das StudiVZ nicht nur eine verblüffende optische Ähnlichkeit zu dem in den USA beliebten Angebot "facebook.com" aufweist, sondern auch inhaltlich ein nahezu 100%iges Plagiat dieser Seite ist.



Bedenkt man, dass das StudiVZ die Grund-Idee einschließlich aller Funktionen eins zu eins von facelook.com übernommen hat, der CSS-Quelltext für die Seitendarstellung in einzelnen Teilen eine exakte Kopie darstellt und sogar komplette Grafikdateien dieselben wie im amerikanischen Original sind, wirkt die folgende Passage aus den "Rechtlichen Hinweisen" des Studi-VZ geradezu zynisch:

> Alle Texte, Bilder, Grafiken sowie das gesamte Design inklusive Layout-, Schrift- und Farbgestaltung sind mit allen Rechten der studivz.net vorbehalten. Die Vervielfältigung von Informationen oder Daten, die Verwendung von Texten, Textteilen oder Bildmaterial sowie jegliche Art von Kopie oder Reproduktion bedarf der schriftlichen Zustimmung der studivz.net. Zuwiderhandlungen werden strafrechtlich verfolgt.

Zugute halten muss man den Betreibern des StudiVZ allerdings, dass sie jedenfalls auf der Impressumsseite in eigener schöpferischer Leistung eine Anpassung für den spezifisch deutschen Markt

vorgenommen haben: Nämlich die Einführung des ~~überflüssigen und Inkompetenz-indizierenden~~ berüchtigten LG-Hamburg-Diclaimers.

Finanziell hinter den geschäftstüchtigen Kopierern steht - neben der Leipziger Firma Spreadshirt - kein anderer als Jamba-Gründer und Klingelton-Millionär Oliver Samwer, der bereits den YouTube-Klon "myvideo.de" aus der Taufe gehoben hat.

Und dieses Engagement erklärt sich mitnichten durch Nächstenliebe oder gar ein höheres Ziel der "Förderung der Netzwerkkultur an europäischen Hochschulen", wie es so schön im Impressum formuliert ist: Die Betreiber des StudiVZ peilen vielmehr nach eigenen Aussagen eine Rendite von satten 25% an.

Hat die Nutzeranzahl des momentan noch neutral wirkenden Verzeichnis erst einmal die kritische Masse erreicht, sollen nach und nach subtile Formen von Werbung implementiert werden. So wie Google sich einst durch den Einsatz simpler, nichtstörender Text-Werbung gegenüber seinen mit blinkenden Werbebannern übersähten Konkurrenten profilierte, will man gezielt über "alternative Werbemethoden" im Studi-VZ nachdenken. Die Unmengen persönlicher Daten, welche die Studi-VZ-Nutzer freigiebig zur Verfügung stellen, dürften dies ungemein erleichtern.

Neben der eigentlichen Rendite lockt freilich ein noch viel größeres Ziel - nämlich die Plattform eines Tages samt Kundenstamm und Nutzerdaten an einen Branchenriesen wie Google, Yahoo oder Microsoft verkaufen zu können. YouTube hat es vorgemacht. Obwohl Google schon seit langem ein eigenes, praktisch identisches Angebot namens "Google Video" betrieben hatte, kaufte der Internetkonzern den Neuling YouTube am 9. Oktober diesen Jahres zum Preis von umgerechnet 1,3 Milliarden Euro auf.

Eins komma drei Milliarden Euro als Preis für nicht mehr als den Markennamen.

Ähnlich wie im Video-Segment hat Google auch auf dem Gebiet des "Internet Social Networking", also der virtuellen Abbildung realer zwischenmenschlicher Beziehungen, längst ein eigenes Angebot am Markt. Doch ist der Service namens Orkut allein schon im Vergleich zur US-amerikanischen Konkurrenz ein Winzling - mehr noch als einst Google Video im Vergleich zu YouTube. Und bereits jetzt dürfte der Markt sowohl in den USA als auch in Deutschland unter allen Bewerbern so weit aufgeteilt sein, dass Wachstum nur noch durch Akquisitionen, also durch den Aufkauf von Konkurrenten, möglich ist.

Zu dem finanzspekulativen Verdrängungswettbewerb, dessen Instrument das Klongebilde StudiVZ ist, meint Projektmitbegründer und selbsternannter "Erfinder des Gruschelns" (korrekt ist: Übersetzer der facebook-Funktion "poke") Ehssan Dariani ("552 Freunde") in der Süddeutschen Zeitung:

> Momentan fragt man uns noch nach der Konkurrenz. In ein paar Monaten wird das nicht mehr der Fall sein, dann wird es nämlich keine mehr geben.

**Nachtrag:**

Die Betreiber des StudiVZ reagieren offenbar empfindlich auf Darstellungen, die nicht ins gewünschte Selbstbild passen. Im StudiVZ-Infoblog heißt es heute jedenfalls, dass Leser-Kommentare sowie Trackbacks von anderen Blogs zur Vermeidung "absurder Spekulationen" zensiert werden.

Hingewiesen sei an dieser Stelle auch auf die folgenden beiden lesenswerten Artikel:

- Buch Blog: Verletzlichkeit der Geschäftsmodelle im Web 2.0
- Basic Thinking Blog: Das Wachstumsgeheimnis von StudiVZ

**Nachtrag II (01.11.06):**

Die Öffentlichkeitsarbeit des StudiVZ mag man bestenfalls als unklug bezeichnen. Doch versuchen die Jungs, diese Schwäche im Kampf um die meisten Studenten auf anderen Ebenen auszugleichen. Konkret etwa dadurch, dass sie sich nun Domains mit den Namen von Mitbewerbern sichern. Ein Auszug aus den WHOIS-Daten der NIC.AT:

> domain: unister.at
>
> personname: Dennis Bemmann
> organization: Studivz Ltd.
> street address: Voigtstr. 38
> postal code: 10247
> city: Berlin
> country: Deutschland

Das bislang nur unter moralischen Gesichtspunkten umstrittene Verhalten des StudiVZ-Managements beginnt damit nun auch rechtlich interessant zu werden.

**Nachtrag III (02.11.06):**

Mit der Domain StudyLounge.co.uk ist eine weitere Konkurrenzadresse von den StudiVZ-Gründern registriert worden. Mit dem Hinweis auf die von den Fehlermeldungen des StudiVZ offengelegten Verzeichnisstrukturen mit dem schamlosen offenen Namen "fakebook" ruft Blogger Oliver Thylmann Tatsachen in Erinnerung, die zeigen, dass das StudiVZ eben doch etwas mehr ist als lediglich eine "Anlehnung" an facebook (so bezeichnet es sinngemäß Ehssan Dariani in einem nicht-anonymen Kommentar).



In Anlehnung an den "Online Star 2006″-Award, über den sich das StudiVZ-Team kürzlich freuen durfte, schlägt Basic Thinking einen weiteren Preis vor:Den "Dark Star 2006″.

**Nachtrag IV (06.11.06):**

Ein sehr gut recherchierter, aktueller Artikel mit Weitblick zum Thema:

StudiVZ - The glamor is fading (or a chronic on how lack of PR can ruin a good idea)

Popularity: 100% [?]

Der Beitrag wurde am Donnerstag, den 26. Oktober 2006 um 01:27 Uhr von SuitCase veröffentlicht und wurde unter Gesellschaft, Internet, Juristisches, Medien, Uni abgelegt. Du kannst die Kommentare zu diesen Eintrag durch den RSS 2.0 Feed verfolgen. Du kannst einen Kommentar schreiben, oder einen Trackback auf deiner Seite einrichten.

## 34 Reaktionen zu "StudiVZ - Ein Plagiat als Möchtegern-YouTube?"

1. *bambi*
   Am 26. Oktober 2006 um 13:21 Uhr

   was wohl passiert wenn ich den text in meinem studivz-profil verlinke?

2. *on the run*
   Am 26. Oktober 2006 um 15:11 Uhr

   **während sich alle so aufregen……**

   … keimt bei mir gerade die idee ein blog nur bezogen aufs studiverzeichnis zu errichten, allerdings im kritischen sinne. genug stoff wäre ja wahrscheinlich da. eben weil auch mir die methoden so verdammt missfallen.

   ……

3. *Iustinianus*
   Am 26. Oktober 2006 um 15:39 Uhr

   Alles zutreffend. Elende Kopierfritzen. Elende erfolgreiche Kopierfritzen.

   Kurze Anmerkung: "poke" hätte ich mit anstupsen übersetzt, was bekanntlich geschützter "unister" (R)-Slogan ist. "Poke" selbst kann man im Englischen -zu Recht- auch mit "poppen" übersetzen. Witziger als das gruselige "gruscheln" hätte ich andere Varianten wie "anpuffen", "anbumsen" oder "anvögeln" empfunden. Stellen wir uns allen die lustigen T-Shirts vor, die mit "Bums mich an!" bedruckt werden…Eine echte Befreiung der Studentenwelt (R) aus ihrer selbstverschuldeten sexuelle Spießigkeit. Denn "StudiVauZett", in knalliger deutsch-militärischer Abkü.-Trad., ist nichts anderes als eine große "Bums mich an!"-Kontaktbörse.
   Wie dem auch sei, ich bin natürlich angemeldet. Man will doch dabeisein, wenn die Revolution ausbricht.

   Gruß Peter

4. *Iustinianus*