| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
|   | nchatterjee@orrick.com |
| 2 | JULIO C. AVALOS (STATE BAR NO. 255350) |
|   | javalos@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, CA  94025 |
|   | Telephone:   +1-650-614-7400 |
| 5 | Facsimile:    +1-650-614-7401 |
| 6 | THOMAS J. GRAY (STATE BAR NO. 191411) |
|   | tgray@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 4 Park Plaza |
| 8 | Suite 1600 |
|   | Irvine, CA  92614-2558 |
| 9 | Telephone:   +1-949-567-6700 |
|   | Facsimile:   949-567 6710 |
| 10 | |
| 11 | Attorneys for Plaintiff |
|    | FACEBOOK, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:08-cv-03468 JF |
| Plaintiff, | Assigned To: Hon. Jeremy Fogel |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANTS' MOTION TO DISMISS FOR *FORUM NON CONVENIENS* TO MAY 1, 2009** |
| STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, DENNIS BEMMANN, MICHAEL BREHM, and DOES 1-25, | |
| Defendant. | Date:       April 17, 2009 |
|  | Time:       9:00 a.m. |
|  | Room:      Courtroom 3, 5th Floor |
|  | Judge:      Hon. Judge Jeremy Fogel |
|  | Complaint Filed:  July 18, 2008 |

1       This stipulation is entered into by and by and between Facebook, Inc. and Defendants StudiVZ Ltd., Holtzbrinck Networks GmBH and Holtzbrinck Ventures GmBH, ("Defendants") through their respective counsel as follows:

      WHEREAS, on March 30, 2009 this Court issued an Order continuing the hearing on the *forum non conveniens* portion of Defendants' motions to dismiss from April 10, 2009 to April 17, 2009.

      WHEREAS, the attorneys primarily handling the motion for Facebook, Thomas Gray and Julio Avalos, both have pre-paid vacation plans that make them unavailable on April 17, 2009;

      NOW THEREFORE, subject to the approval of the Court, it is hereby stipulated and agreed that the hearing date for the *forum non conveniens* portion of Defendants' motions to dismiss and the parties' further case management conference, shall be continued to May 1, 2009 at 9:00a.m. The parties further agree that the briefing schedule set forth in the Court's March 30, 2009 Order will remain unchanged. It is further agreed that the parties will neither file nor serve any additional motions, discovery, requests or papers – except for the supplemental briefing referred to in this Court's March 30, 2009 Order – prior to the conclusion of the hearing on May 1, 2009. Facebook also agrees that the hearing of *forum non conveniens* on May 1, 2009 will be deemed to apply to Facebook's recently filed amended complaint as to these Defendants and that it will not advance an argument that the pending motions to dismiss filed by the Defendants are rendered moot by the amended complaint. The parties further agree that Defendants shall have until 10 days after the Court issues an Order on the *forum non conveniens* portion of the pending motions to dismiss to respond to Facebook's amended complaint filed on March 31, 2009.

| | |
|---|---|
| Dated: April 3, 2009 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

/s/ Thomas J. Gray
THOMAS J. GRAY
Attorneys for Plaintiff
FACEBOOK, INC.

| | |
|---|---|
| Dated: April 3, 2009 | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP |

/s/ Stephen S. Smith
STEPHEN S. SMITH
Attorneys for Defendants
STUDIVZ LTD., HOLTZBRINCK NETWORKS GMBH AND HOLTZBRINCK VENTURES GMBH

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April ___, 2009

Hon. Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE