I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558
Telephone: +1-949-567-6700
Facsimile: 949-567 6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., HOLTZBRINCK NETWORKS GMBH, HOLTZBRINCK VENTURES GMBH, DENNIS BEMMANN, MICHAEL BREHM, AND DOES 1-25, <br><br> Defendants. | Case No. 5:08-cv-03468 JF <br><br> Assigned To: Hon. Jeremy Fogel <br><br> **DECLARATION OF MARK HOWITSON IN SUPPORT OF FACEBOOK'S OPPOSITION TO DEFENDANTS'** *FORUM NON CONVENIENS* **MOTION TO DISMISS** <br><br> Date: April 17, 2009 <br> Time: 9:00 a.m. <br> Room: Courtroom 3, 5th Floor <br> Judge: Hon. Judge Jeremy Fogel |

OHS West:260639359.1

DECLARATION OF MARK HOWITSON IN SUPPORT OF
FACEBOOK'S OPPOSITION TO DEFENDANTS' *FORUM NON
CONVENIENS* MOTION TO DISMISS
Case No. 5:08-cv-03468

Dockets.Justia.com

I, Mark Howitson, declare as follows:

1. I am the Deputy General Counsel at Facebook, Inc. I make this declaration in support of Facebook's opposition to Defendants' motion to dismiss based on *forum non conveniens*. I am an active member in good standing of the California State Bar. Excepted as otherwise noted, I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

2. Facebook's principal place of business is Palo Alto, California. Accordingly, there are a number of Facebook employees that reside in the Northern California area that will testify and provide evidence in support of Facebook's federal and California claims against Defendants. In addition, the following former Facebook executives possess relevant information related to either Facebook's "look and feel" (design and functionality), the success of Facebook, or the harm suffered by Facebook as a result of StudiVZ's actions. To my knowledge these witnesses still reside in California.

| Name | Previous Position | Approx. Dates | Testimony |
|---|---|---|---|
| Dustin Moskovitz | Co-Founder and Head of Engineering | 2004-2008 | Design and success of website |
| Adam D'Angelo | Chief Technology Officer | 2004-2008 | Design and success of website and site and server security |
| Matt Cohler | VP of Product Management | 2005-2008 | Design and success of website |
| Sean Parker | President | 2004-2005 | Design and success of website |
| Gideon Yu | VP and Chief Financial Officer | 2007-2009 | Financial success and economic harm |

3. Because of their infringing copycat websites, Facebook has suffered economic here at its principal place of business in Palo Alto, California.

4. In at least the 2005-2006 timeframe, Facebook required new users who were registering to use the website to click a button stating that they agreed to Facebook's Terms of Service ("ToS"). Facebook's ToS includes venue, choice of law and forum selection provisions requiring this forum and California law. Attached as Exhibit 1 are a true and correct copies of

screen shots from the new user registration page for 2005 and 2006 that show the "I Agree" button.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of April, at Palo Alto, California.

_____
Mark Howitson

OHS West:260639359.1	- 2 -	DECLARATION OF MARK HOWITSON IN SUPPORT OF FACEBOOK'S OPPOSITION TO DEFENDANTS' *FORUM NON CONVENIENS* MOTION TO DISMISS
Case No. 5:08-cv-03468

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) |
| 3 | and paper copies will be sent to those indicated as non registered participants on April 6, 2009. |
| 4 | |
| 5 | Dated:  April 6, 2009                                      Respectfully submitted, |
| 6 | |
| 7 | /s/ Thomas J. Gray /s/<br>Thomas J. Gray |