# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, May 1, 2009        Time: 31 mins
**Case Number:** CV-08-3468-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**            **FACEBOOK V. STUDIVZ, LTD, ET AL**

              **PLAINTIFF**                              **DEFENDANT**

   **Attorneys Present:  Julio Avalos, Thomas Gray**     **Attorneys Present: Stephen Smith, William Walker**

PROCEEDINGS:
   Hearing on Motions to Dismiss held.  Parties are present. The motions are taken under under submission.  The case management conference is not held.