1  STEPHEN S. SMITH (SBN 166539)
   SSmith@GreenbergGlusker.com
2  WILLIAM M. WALKER (SBN 145559)
   WWalker@GreenbergGlusker.com
3  AARON J. MOSS (SBN 190625)
   AMoss@GreenbergGlusker.com
4  GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP
5  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067-4590
6  Telephone: 310.553.3610
   Fax: 310.553.0687
7
   Attorneys for Defendants StudiVZ Ltd.,
8  Holtzbrinck Networks GmbH and
   Holtzbrinck Ventures GmbH
9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  FACEBOOK, INC.,                    Case No. 5:08-CV-03468 JF

15           Plaintiff,                Assigned To: Hon. Jeremy Fogel

16  v.                                 **DECLARATION OF STEPHEN S.
                                       SMITH IN SUPPORT OF
17  STUDIVZ LTD.,                      DEFENDANTS' MOTION FOR
    VERLAGSGRUPPE GEORG VON            PROTECTIVE ORDER QUASHING
18  HOLTZBRINCK GmbH,                  FACEBOOK'S SUBPOENAS SERVED
    HOLTZBRINCK NETWORKS               ON THIRD PARTIES; EXHIBIT A**
19  GmbH, HOLTZBRINCK
    VENTURES GmbH, and DOES 1-         [Notice of Motion and Motion and
20  25,                                (Proposed) Order Filed Concurrently]

21           Defendants.               Date:         June 23, 2009
                                       Time:         10:00 a.m.
22                                     Dept./Place:  Courtroom 2, 5th Floor
                                                     Hon. Howard R. Lloyd
23
                                       Complaint Filed: July 18, 2008
24

25

26

27

28

37106-00002/1689183.1

SMITH DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER RE: THIRD PARTY SUBPOENAS

Dockets.Justia.com

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 900674590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 900674590

1    **DECLARATION OF STEPHEN S. SMITH**

2

3         I, Stephen S. Smith declare:

4

5         1.    I am an attorney at law duly licensed to practice in the State of

6    California and before the United States District Court for the Northern District of

7    California, and am a partner at Greenberg Glusker Fields Claman & Machtinger

8    LLP, counsel of record for Defendants Holtzbrinck Networks GmbH and

9    Holtzbrinck Ventures GmbH (together, the "Holtzbrinck Defendants") and StudiVZ

10   Ltd. ("StudiVZ") (collectively, "Defendants").  I have personal knowledge of the

11   facts set forth herein and, if called as a witness, could and would testify

12   competently thereto under oath.  This declaration is submitted concurrently with

13   Defendants' Motion for Protective Order re: Facebook's Subpoenas Served on

14   Third Parties and in support of that motion.

15

16        2.    On and after May 11, 2009, I have received copies of the following:

17   (a) a May 7, 2009 letter from Julio Avalos, counsel for Facebook, to Tobias Walter

18   enclosing (i) a subpoena to produce documents, (ii) a subpoena to appear for

19   deposition, and (iii) a notice of deposition; (b) a May 7, 2009 letter from Mr. Avalos

20   to Taylor Mingos enclosing (i) a subpoena to produce documents, (ii) a subpoena to

21   appear for deposition, and (iii) a notice of deposition; (c) a May 7, 2009 letter from

22   Mr. Avalos to Phil James-Roxby enclosing a subpoena to produce documents; (d) a

23   May 7, 2009 letter from Mr. Avalos to Gordon Brebner enclosing a subpoena to

24   produce documents; (e) a May 7, 2009 letter from Mr. Avalos to Xilinx, Inc.

25   enclosing a subpoena to produce documents; (f) a May 7, 2009 letter from Mr.

26   Avalos to Intetics Co. enclosing a subpoena to produce documents; (g) a May 7,

27   2009 letter from Mr. Avalos to Spreadshirt, Inc. enclosing a subpoena to produce

28   documents; (h) a May 7, 2009 letter from Mr. Avalos to Shoeboxed.com enclosing a

SMITH DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER RE: THIRD PARTY SUBPOENAS

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

subpoena to produce documents; (i) proof of service; (j) a May 11, 2009 letter from Mr. Avalos to Gordon Brebner enclosing a subpoena to produce documents; (k) proof of service; (l) a May 12, 2009 letter from Mr. Avalos to Phil James-Roxby enclosing a subpoena to produce documents; (m) proof of service; (n) a May 13, 2009 letter from Mr. Avalos to Taylor Mingos enclosing (i) a subpoena to produce documents, (ii) a subpoena to appear for deposition, and (iii) a notice of deposition; (o) a May 13, 2009 letter from Mr. Avalos to Tobias Walter enclosing (i) a subpoena to produce documents, (ii) a subpoena to appear for deposition, and (iii) a notice of deposition; and (p) proof of service (collectively, the "Subpoenas"). True and correct copies of the Subpoenas are attached hereto as "Exhibit A."

3.     On the morning of Tuesday, May 19, 2009, I met and conferred via telephone with Mr. Avalos regarding the Subpoenas and Defendants' intention to file a motion for protective order if Facebook refused to withdraw them. During our telephone conversation, Mr. Avalos informed me that Facebook would not withdraw the Subpoenas.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California on May 19, 2009.

/s Stephen S. Smith
Stephen S. Smith

SMITH DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER RE: THIRD PARTY SUBPOENAS