I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
  javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558
Telephone: +1-949-567-6700
Facsimile: 949-567 6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br>Plaintiff, <br><br>v. <br><br>STUDIVZ LTD., HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, DENNIS BEMMANN, MICHAEL BREHM, AND DOES 1-25, <br><br>Defendants. | Case No. 5:08-cv-03468 JF <br><br>**DECLARATION OF JULIO C. AVALOS IN SUPPORT OF FACEBOOK INC.'S MOTION TO SHORTEN TIME PURSUANT TO CIVIL L.R. 6-3** <br><br>Judge: Honorable Judge Lloyd |

OHS West:260666671.1

I, Julio C. Avalos, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Plaintiff Facebook, Inc. ("Facebook"). I make this Declaration in support of Facebook's Motion to Shorten Time Pursuant to Northern District of California Civil Local Rule 6-3. I am an active member in good standing of the California State Bar. Except as set forth herein, I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

2. On October 14, 2008, Facebook served a first round of jurisdictional discovery requests upon Defendants StudiVZ Ltd., Holtzbrinck Networks GmbH and Holtzbrinck Ventures GmbH ("Defendants").

3. On February 2, 2009, Facebook served a second round of jurisdictional discovery requests upon Defendants.

4. On March 3, 2009, I accompanied my colleague Tom Gray to the hearing before Judge Lloyd on Facebook's Motion to Compel Discovery Responses to Facebook's First Round of Jurisdictional Discovery. Defense counsel made no mention of the Second Round of Jurisdictional Discovery.

5. On March 4, 2009, Defendants responded to Facebook's Second Round of Discovery with blanket objections.

6. Because oral argument on Facebook's First Motion to Compel had taken place just the day before, Facebook's counsel thought it prudent to wait until the first discovery dispute was resolved prior to filing a second motion to compel discovery responses. Facebook believed that the Court would imminently issue an order granting Facebook's motion to compel .

7. On May 21, 2009, I telephoned Magistrate Judge Lloyd's chambers and spoke to his deputy clerk and law clerk. The purpose of the telephone call was to inquire as to the status of the order on Facebook's first motion to compel. I was informed that the Court was "well aware" of the pending motion and that an order would be issued in due time.

8. On May 26, 2009, I met and conferred with defense counsel Stephen S. Smith and his partner William Walker. The meet and confer took place over telephone. Mr. Smith

represented that he and his clients continue to believe that Facebook's second round of discovery is untimely and/or precluded by the Court's previous orders. Mr. Smith also refused to stipulate to expedited briefing on Facebook's Motion to Compel or Defendants' Motion to Quash.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of May, at Menlo Park, California.

/s/ Julio C. Avalos /s/
JULIO C. AVALOS

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 26, 2009. |
| 3 | |
| 4 | |
| 5 | Dated: May 26, 2009           Respectfully submitted, |
| 6 |                                                    /s/ Julio C. Avalos /s/<br>                                                    Julio C. Avalos |