STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants StudiVZ Ltd.,
Holtzbrinck Networks GmbH and
Holtzbrinck Ventures GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:08-CV-03468 JF |
| Plaintiff, | Assigned To: Hon. Jeremy Fogel |
| v. | **DECLARATION OF STEPHEN S. SMITH IN SUPPORT OF DEFENDANTS' OPPOSITION TO FACEBOOK'S MOTION TO SHORTEN TIME; EXHIBIT A** |
| STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, | [Opposition Filed Concurrently] |
| Defendants. | Complaint Filed: July 18, 2008 |

37106-00002/1690660.1

SMITH DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO SHORTEN TIME

# DECLARATION OF STEPHEN S. SMITH

I, Stephen S. Smith declare:

1. I am an attorney at law duly licensed to practice in the State of California and before the United States District Court for the Northern District of California, and am a partner at Greenberg Glusker Fields Claman & Machtinger LLP, counsel of record for Defendants Holtzbrinck Networks GmbH and Holtzbrinck Ventures GmbH (together, the "Holtzbrinck Defendants") and StudiVZ Ltd. ("StudiVZ") (collectively, "Defendants"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto under oath. This declaration is submitted in support of Defendants' Opposition to Facebook's Motion to Shorten Time.

2. Facebook served its first set of written discovery on Defendants on October 14, 2008. Prior to asking the Court to continue the motion to dismiss hearing date from its original date of February 13, 2009 to a later date, Facebook served no other discovery in this matter, except two notices of deposition for Martin Weber and Michael Brehm, which depositions Facebook then canceled after I had traveled to Germany to defend them.

3. Attached hereto as Exhibit "A" is a true and correct copy of the Reporter's Transcript from the hearing of May 1, 2009.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California on May 29, 2009.

/s Stephen S. Smith
Stephen S. Smith