I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558
Telephone: +1-949-567-6700
Facsimile: 949-567 6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, DENNIS BEMMANN, MICHAEL BREHM, AND DOES 1-25, <br><br> Defendants. | Case No. 5:08-cv-03468 JF <br><br> **DECLARATION OF JULIO C. AVALOS IN SUPPORT OF FACEBOOK INC.'S MOTION TO ENLARGE TIME PURSUANT TO CIVIL L.R. 6-3** <br><br> Judge: Honorable Judge Fogel <br><br> Complaint Filed: July 18, 2008 |

OHS West:260671120.1

I, Julio C. Avalos, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Plaintiff Facebook, Inc. ("Facebook"). I make this Declaration in support of Facebook's Motion to Enlarge Time Pursuant to Civil Local Rule 6-3 Seeking To Continue The July 10, 2009 Hearing On Defendants' Motions to Dismiss. I am an active member in good standing of the California State Bar. Except as set forth herein, I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

2. On October 14, 2008, Facebook served a first round of jurisdictional discovery requests upon Defendants StudiVZ Ltd., Holtzbrinck Networks GmbH and Holtzbrinck Ventures GmbH ("Defendants").

3. On February 2, 2009, Facebook served a second round of jurisdictional discovery requests upon Defendants.

4. On March 3, 2009, I accompanied my colleague Tom Gray to the hearing before Judge Lloyd on Facebook's Motion to Compel Discovery Responses to Facebook's First Round of Jurisdictional Discovery. A true and correct copy of relevant excerpts from that hearing are attached hereto as **Exhibit A**.

5. On March 4, 2009, Defendants responded to Facebook's Second Round of Discovery with blanket objections. True and correct copies of these objections were previously filed with the Court. *See* Dkt. No. 164; Ex. A.

6. Because oral argument on Facebook's First Motion to Compel had taken place just the day before, Facebook's counsel thought it prudent to wait until the first discovery dispute was resolved prior to filing a second motion to compel discovery responses. Facebook believed that the Court would imminently issue an order granting Facebook's motion to compel .

7. On May 21, 2009, I telephoned Magistrate Judge Lloyd's chambers and spoke to his deputy clerk and law clerk. The purpose of the telephone call was to inquire as to the status of the order on Facebook's first motion to compel. I was informed that the Court was "well aware" of the pending motion and that an order would be issued in due time.

8. On June 2, 2009, I emailed Defense Counsel Stephen Smith. In the email I apprised Mr. Smith that "[g]iven Judge Lloyd's order yesterday [June 1, 2009] indicating that there is likely to be no quick resolution of the ongoing discovery disputes," Facebook believed it necessary to continue the July 10, 2009 hearing. I asked Mr. Smith whether his client would stipulate to continue the hearing. Mr. Smith responded that he would have to discuss the issue with his client. Given the time difference between California and Germany, Mr. Smith stated that he would not be able to give me an answer until the following day, i.e., June 3, 2009. Accordingly, I forestalled filing the instant Motion to Enlarge Time. On June 3, 2009, Mr. Smith wrote me an email stating that his client would not stipulate to the continuance.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of June, at Menlo Park, California.

/s/ Julio C. Avalos /s/
JULIO C. AVALOS

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 3, 2009.

Dated: June 3, 2009                    Respectfully submitted,

                                       /s/ Julio C. Avalos /s/
                                       Julio C. Avalos