STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants Holtzbrinck Networks
GmbH and Holtzbrinck Ventures GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH, HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25,<br><br>        Defendants. | Case No. 5:08-CV-03468 JF<br>Assigned To: Hon. Jeremy Fogel<br><br>**THE HOLTZBRINCK DEFENDANTS' OPPOSITION TO FACEBOOK INC.'S MOTION TO ENLARGE TIME**<br><br>Complaint Filed: July 18, 2008 |

37106-00002/1691754.3

Defendants Holtzbrinck Networks GmbH and Holtzbrinck Ventures GmbH (collectively, the "Holtzbrinck Defendants") hereby join in the Opposition brief filed by defendant StudiVZ Ltd. ("StudiVZ"). However, the Holtzbrinck Defendants also oppose Facebook's motion on an additional ground because they are not in exactly the same position as StudiVZ.

Facebook's January 23, 2009 motion to continue the hearing of the Motions to Dismiss made no argument concerning the Holtzbrinck Defendants. The entire focus was on the then-existing disputes between Facebook *and StudiVZ only*. (Dkt. 77 at 1:4, 1:8-9, 1:24-25; 2:22-23, 4:9-10; 4:16-19). The Holtzbrinck Defendants opposed that motion, arguing that there was no need for a continuance of their motion to dismiss because there were no outstanding discovery disputes between them and Facebook.

On January 28, 2009, the District Court ruled on Facebook's Motion to Enlarge Time:

> "A review of the record and the parties' papers reveals that Facebook has failed to demonstrate any reason to continue the February 13, 2009 hearing as to either defendant with respect to *forum non conveniens*, or as to Holtzbrinck with respect to personal jurisdiction."

(Dkt. 92 at 2:15-17). The Court granted Facebook's request to file a supplemental brief, but only as to personal jurisdiction over StudiVZ and only "in light of any newly discovered material," but did ***not*** grant Facebook's request to file a supplemental opposition as to the Holtzbrinck Defendants or as to any other issue. (*Id.* at 2:15-22). The Court continued the hearing as to both motions to dismiss and all issues because of "judicial economy" and because a brief continuance was "unlikely to prejudice any party." (*Id.* at 2:18-20).[1]

Facebook was not permitted to use the extra time created by the continuance of the motions to dismiss to propound new discovery against the Holtzbrinck Defendants. The Holtzbrinck Defendants' motion should have already been heard. Their motion should not be continued yet again.

DATED: June 8, 2009                    GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP


By: /s/ Stephen S. Smith
    STEPHEN S. SMITH
    Attorneys for Defendants Holtzbrinck Networks
    GmbH and Holtzbrinck Ventures GmbH

---

[1] Moving the hearing date (yet again) would prejudice the Holtzbrinck Defendants if it resulted in them being subject to new discovery requests.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

37106-00002/1691754.3                    1
THE HOLTZBRINCK DEFENDANTS' OPPOSITION TO FACEBOOK, INC.'S MOTION TO ENLARGE TIME