STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants studiVZ Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25, <br><br> Defendants. | Case No. 5:08-CV-03468 JF <br> Assigned To: Hon. Jeremy Fogel <br><br> **DECLARATION OF STEPHEN S. SMITH IN OPPOSITION TO FACEBOOK, INC.'S *SECOND* MOTION TO COMPEL** <br><br> Date: June 19, 2009 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 5th Floor <br> Hon. Howard R. Lloyd <br><br> [Memoranda of Points and Authorities concurrently filed] <br><br> Complaint Filed: July 18, 2008 |

37106-00002/1691978.1

SMITH DECLARATION IN OPPOSITION TO FACEBOOK'S *SECOND* MOTION TO COMPEL

# DECLARATION OF STEPHEN S. SMITH

I, Stephen S. Smith declare:

1. I am an attorney at law duly licensed to practice in the State of California and before the United States District Court for the Northern District of California, and am a partner at Greenberg Glusker Fields Claman & Machtinger LLP, counsel of record for Defendants Holtzbrinck Networks GmbH ("Networks") and Holtzbrinck Ventures GmbH ("Ventures") (together, the "Holtzbrinck Defendants") and StudiVZ Ltd. ("StudiVZ") (collectively, "Defendants"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto under oath. This declaration is submitted in support of Defendants' Opposition to Facebook's *Second* Motion to Compel.

2. On February 2, 2009, I received copies of the following: (a) Facebook's Second Set of Requests for Production to Ventures, (b) Facebook's Second Set of Requests for Production to Networks, (c) Facebook's Second Set of Requests for Production to StudiVZ, (d) Facebook's Requests for Admission to Ventures, (e) Facebook's Requests for Admission to Networks, (f) Facebook's Requests for Admission to StudiVZ, and (g) Proof of Service (collectively, the "Second Set of Discovery"). The Second Set of Discovery is all dated January 30, 2009. True and correct copies of the Second Set of Discovery are attached hereto as "Exhibit A."

3. Facebook's argues that it was waiting for Defendants to "voluntarily" answer Facebook's Second Set of Discovery before filing its second motion to compel. (Mot. at 2:13-14). However, Defendants had stated their position explicitly in their responses as well as during the March 20, 2009 telephonic meet and confer in which I participated (on behalf of Defendants) with Thomas Gray (on behalf of Facebook). During that meet and confer, I restated the exact same position.

1  I declare under penalty of perjury under the laws of the State of California
2  and the United States that the foregoing is true and correct, and that this declaration
3  was executed in Los Angeles, California on June 9, 2009.

        /s Stephen S. Smith
        Stephen S. Smith

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

37106-00002/1691978.1                    2
SMITH DECLARATION IN OPPOSITION TO FACEBOOK'S *SECOND* MOTION TO COMPEL