1          **E-Filed 6/15/09**

2

3

4

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13 |                                              | Case Number C 08-3468 JF (HRL)

14 FACEBOOK, INC.,

                            Plaintiff,            **ORDER[1] GRANTING MOTION TO
15                                                ENLARGE TIME**

16          v.
                                                   RE: Docket No. 170
17 STUDIVZ LTD; VERLAGSGRUPPE GEORG
   VON HOLTZBRINCK GmBH; HOLTZBRINCK
18 NETWORKS GmBH; and HOLTZBRINCK
   VENTURES GmBH
19
20                    Defendants.

21

22          Facebook moves for a continuance of the July 10, 2009 hearing on Defendants' motions

23 to dismiss.  Defendants oppose the motion on the grounds that Facebook is not entitled to

24 further jurisdictional discovery, and that a continuance would cause prejudicial delay.  The

25 Court has read and carefully considered the parties' arguments and supporting documents in

26 connection with the instant motion, and is sympathetic to Defendant's frustration with

27 ────────────────

28          [1] This disposition is not designated for publication in the official reports.

Case No. C 08-3468 JF
ORDER GRANTING MOTION TO ENLARGE TIME
(JFLC3)

Facebook's piecemeal approach to discovery.  At the same time, however, the Court recognizes that Defendants have not always upheld their end of the various bargains that have been struck during the contentious discovery proceedings in this case.  More importantly, the Court's May 4, 2009 decision to defer ruling on Defendants' *forum non conveniens* arguments was intended to give Facebook an opportunity to have all pending discovery disputes resolved before Magistrate Judge Lloyd.  While Defendants no doubt have a legitimate interest in having this case resolved, the Court already has made one attempt to conserve the parties' resources by undertaking an early review of *forum non conveniens*.  The Court ultimately determined that concurrent consideration of personal jurisdiction and *forum non conveniens* was the more prudent course. In view of that determination, the Court finds it appropriate to allow Judge Lloyd to decide all pending discovery motions.  Accordingly, the hearing on Defendant's motions will be continued.  The hearing will be held approximately sixty days from the date that Defendants substantially comply with Judge Lloyd's discovery rulings.  Facebook's supplemental opposition and Defendants' supplemental replies will be due on an ordinary briefing schedule calculated from the rescheduled hearing date.

 **IT IS SO ORDERED.**

DATED: 6/15/09

_____
JEREMY FOGEL
United States District Judge

2

This Order has been served upon the following persons:

Annette L. Hurst     ahurst@orrick.com

Gary Evan Weiss     gweiss@orrick.com, sdonlon@orrick.com

I. Neel Chatterjee     nchatterjee@orrick.com, adalton@orrick.com, htsutsui@orrick.com, kmudurian@orrick.com, mawilliams@orrick.com

Julio Cesar Avalos     javalos@orrick.com, aako-nai@orrick.com, adalton@orrick.com

Stephen Shannon Smith , Esq     ssmith@greenbergglusker.com

Thomas J. Gray     tgray@orrick.com

Warrington S. Parker , III     wparker@orrick.com

William Mielke Walker     wwalker@greenbergglusker.com

Case No. C 08-3468 JF
ORDER GRANTING MOTION TO ENLARGE TIME
(JFLC3)