1 | STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
2 | WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
3 | AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
4 | GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
5 | 1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
6 | Telephone:  310.553.3610
Fax:  310.553.0687
7 |
Attorneys for Defendants StudiVZ Ltd., Holtzbrinck
8 | Networks GmbH, and Holtzbrinck Ventures GmbH

9 |

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13 |

14 | FACEBOOK, INC.,

15 |              Plaintiff,

16 | v.

17 | STUDIVZ LTD., HOLTZBRINCK
NETWORKS GmbH, HOLTZBRINCK
18 | VENTURES GmbH, and DOES 1-25,

19 |              Defendant.

Case No.  5:08-CV-03468 JF
Assigned To:  Hon. Jeremy Fogel

**DECLARATION OF WILLIAM M.
WALKER IN SUPPORT OF DEFENDANTS'
MOTION FOR ADMINISTRATIVE RELIEF
RE PRECLUSIVE EFFECT OF JUNE 16,
2009 JUDGMENT IN FACEBOOK'S
GERMAN LAWSUIT**

[Civil L.R. 7-11]

[Motion and (Proposed) Order Filed
Concurrently]

Complaint Filed: July 18, 2008

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  900674590

37106-00002/1692978.1

WALKER DECLARATION IN SUPPORT OF
MOTION FOR ADMINISTRATIVE
RELIEF 5:08-CV-03468 JF

1

## DECLARATION OF WILLIAM M. WALKER

2

3          I, William M. Walker, declare:

4

5          1.      I am an attorney at law duly licensed to practice law in the State of California and

6    before the United States District Court for the Northern District of California, and am a partner at

7    Greenberg Glusker Fields Claman & Machtinger LLP, counsel of record for defendants StudiVZ

8    Ltd. ("StudiVZ"), Holtzbrinck Networks GmbH ("Networks") and Holtzbrinck Ventures GmbH

9    ("Ventures") (collectively, "Defendants").  I have personal knowledge of the facts set forth herein

10   and, if called as a witness, could and would testify competently thereto under oath.  This

11   declaration is submitted concurrently with "Defendants' Motion for Administrative Relief re:

12   Requesting Status Conference to Consider Preclusive Effect of German Judgment Issued June 16,

13   2009 Against Facebook, and for a Related Stay of Proceedings."

14

15         2.      I graduated from the University of California, Davis in 1985 with a bachelor of arts

16   degree in German literature.  I speak and read German fluently.  Since graduating from law school

17   in 1988, I have had extensive experience advising German clients doing business in the U.S. and

18   U.S. clients doing business in Germany, frequently in German.

19

20         3.      Attached hereto as "Exhibit A" is a true and correct copy of a June 16, 2009 press

21   release issued by the Press Office of the Cologne Regional Court in Germany, in German,

22   announcing the dismissal of Facebook's lawsuit against StudiVZ (Cologne Regional Court case

23   no. 33 0 374/08) by the Cologne Regional Court (the "Press Release").

24

25

26

27

28

*Left margin (vertical):* GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP  1900 Avenue of the Stars, 21st Floor  Los Angeles, California 900674590

37106-00002/1692978.1                                  1                        WALKER DECLARATION IN SUPPORT OF
                                                                                 MOTION FOR ADMINISTRATIVE
                                                                                 RELIEF 5:08-CV-03468 JF

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067 -4590

1       4.      Attached hereto as "Exhibit B" is a true and correct copy of an English translation

2   of the Press Release (the "Translation").  In my opinion, the Translation is fully accurate.

3

4       I declare under penalty of perjury under the laws of the State of California and the United

5   States of America that the foregoing is true and correct, and that this declaration was executed in

6   Los Angeles, California on June 17, 2009.

7

8                     /s William M. Walker

                      William M. Walker

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

37106-00002/1692978.1                 2

WALKER DECLARATION IN SUPPORT OF
MOTION FOR ADMINISTRATIVE
RELIEF 5:08-CV-03468 JF