STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants StudiVZ Ltd., Holtzbrinck
Networks GmbH, and Holtzbrinck Ventures GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>STUDIVZ LTD., HOLTZBRINCK NETWORKS GmbH, HOLTZBRINCK VENTURES GmbH, and DOES 1-25,<br><br>   Defendants. | Case No. 5:08-CV-03468 JF<br><br>Assigned To: Hon. Jeremy Fogel<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 AND ISSUING INTERIM STAY OF PROCEEDINGS<br><br>[Civil L.R. 7-11]<br><br>[Motion and Declaration of William M. Walker (and Supporting Exhibits) Filed Concurrently Herewith]<br><br>Complaint Filed: July 18, 2008 |

37106-00002/1657945.2

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF

Defendants' Motion for Administrative Relief re: Requesting Status Conference to Consider Preclusive Effect of German Judgment Issued June 16, 2009 Against Facebook, and for a Related Stay of Proceedings (the "Motion") has been submitted for determination, without hearing pursuant to Local Rule 7-11(c), to the above-entitled Court, the Honorable Jeremy Fogel, United States District Judge, presiding.

Having considered the records on file in this case, and the papers filed by the parties, it is hereby ORDERED that the Motion is GRANTED as follows:

IT IS SO ORDERED.

DATED: _____, 2008   _____
                          The Honorable Jeremy Fogel
                          United States District Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

37106-00002/1657945.2                    1

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF