*E-FILED 6/18/2009*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | No. C08-03468 JF (HRL) |
| Plaintiff, | **CLERK'S NOTICE RE MOTION HEARING** |
| v. | |
| STUDIVZ LTD., VERLAGSGRUPPE GEORG VON HOLTZBRINCK GmbH; HOLTZBRINCK NETWORKS GmbH; HOLTZBRINCK VENTURES GmbH; and DOES 1-25, | |
| Defendants. | |
| _____/ | |

PLEASE TAKE NOTICE THAT the court having determined pursuant to Civil Local Rule 7-1(b) that these matters appropriately are deemed submitted without oral argument, the hearings on defendants' motion for protective order (Docket #159) and plaintiff's motion to compel (Docket #163), set for June 19, 2009, have been VACATED.

Dated:    June 18, 2009

_____
                                  /s/
Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

**5:08-cv-03468-JF Notice has been electronically mailed to:**

Annette L. Hurst ahurst@orrick.com

Gary Evan Weiss gweiss@orrick.com, sdonlon@orrick.com

I. Neel Chatterjee nchatterjee@orrick.com, adalton@orrick.com, kmudurian@orrick.com, mawilliams@orrick.com

Julio Cesar Avalos javalos@orrick.com, aako-nai@orrick.com, adalton@orrick.com

Stephen Shannon Smith , Esq ssmith@greenbergglusker.com

Thomas J. Gray tgray@orrick.com, vcloyd@orrick.com

Warrington S. Parker , III wparker@orrick.com

William Mielke Walker wwalker@greenbergglusker.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.