1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:     +1-650-614-7400
5  Facsimile:     +1-650-614-7401

6  THOMAS J. GRAY (STATE BAR NO. 191411)
   tgray@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza
8  Suite 1600
   Irvine, CA  92614-2558
9  Telephone:     +1-949-567-6700
   Facsimile:     949-567 6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDIVZ LTD., HOTLZBRINCK NETWORKS GmBH, HOLTZBRINCK VENTURES GmBH, DENNIS BEMMANN, MICHAEL BREHM, and DOES 1-25, <br><br> Defendant. | Case No.  5:08-cv-03468 JF <br><br> **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** <br><br> Judge:  Hon. Jeremy Fogel <br><br> Complaint Filed:  July 18, 2008 |

OHS West:260638671.1

STIPULATED REQUEST FOR
DISMISSAL WITH PREJUDICE
CASE NO.: 5:08-CV-03468

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims asserted in this case by Plaintiff are hereby dismissed with prejudice and, further, that all parties shall bear their own costs and fees.

Dated: September 10, 2009        ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Thomas J. Gray
THOMAS J. GRAY
Attorneys for Plaintiff
FACEBOOK, INC.

Dated: September 10, 2009        GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

/s/ Stephen S. Smith
STEPHEN S. SMITH
Attorneys for Defendants
STUDIVZ LTD., HOLTZBRINCK NETWORKS GMBH AND HOLTZBRINCK VENTURES GMBH

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 14, 2009

Hon. Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 10, 2009.

Dated: September 10, 2009.   Respectfully submitted,

/s/ Thomas J. Gray
Thomas J. Gray

**Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated:  September 10, 2009   Respectfully submitted,

/s/ Thomas J. Gray
Thomas J. Gray