BETH S. BRINKMANN
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
PAUL E. AHERN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Attorneys for the Government Defendants*
*Sued in their Official Capacity*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN, and JOICE WALTON,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SECURITY AGENCY ("NSA"); KEITH B. ALEXANDER, Director of the NSA; UNITED STATES OF AMERICA; BARACK OBAMA, President of the United States; UNITED STATES DEPARTMENT OF JUSTICE; ERIC HOLDER, Attorney General of the United States; DENNIS C. BLAIR, Director of National Intelligence.<br><br>*Government Defendants Sued in Their Official Capacity.* | Case No. C:08-cv-4373-VRW<br><br>**EXHIBIT 1 TO NOTICE OF ORDER BY COURT OF APPEALS GRANTING REHEARING *EN BANC* IN *MOHAMED V. JEPPESEN DATAPLAN, INC.***<br><br>Chief Judge Vaughn R. Walker |

FILED

OCT 27 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **BINYAM MOHAMED; ABOU ELKASSIM BRITEL; AHMED AGIZA; MOHAMED FARAG AHMAD BASHMILAH; BISHER AL-RAWI,**<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>**JEPPESEN DATAPLAN, INC.,**<br><br>Defendant - Appellee,<br><br>**UNITED STATES OF AMERICA,**<br><br>Intervenor - Appellee. | No. 08-15693<br><br>D.C. No. 5:07-CV-02798-JW<br><br>**ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Reinhardt, McKeown, Gould, Bybee, Milan D. Smith, Jr. and Ikuta did not participate in the deliberations or vote in this case.